1  Christopher J. Borders (SBN 135901)
   Amy K. Jensen (SBN 226589)
2  Susan T. Ye (SBN 281497)
   HINSHAW & CULBERTSON LLP
3  One California Street, 18th Floor
   San Francisco, CA 94111
4  Telephone:   415-362-6000
   Facsimile:   415-834-9070
5
   Attorneys for Defendant FIELD ASSET SERVICES,
6  LLC

7

8                     UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO DIVISION

11 FRED BOWERMAN and JULIA            ) Case No. C13-00057 WHO
   BOWERMAN, on behalf of themselves and all )
12 others similarly situated,,        )
                                      ) **STIPULATION OF PARTIES TO**
13            Plaintiffs,             ) **AMEND SCHEDULING ORDER**
                                      )
14       vs.                          ) Complaint Filed:    February 15, 2013
                                      )
15 FIELD ASSET SERVICES, INC., FIELD  )
   ASSET SERVICES, LLC, a successor in )
16 interest,                          )
                                      )
17            Defendants.             )

18

19

20       COMES NOW Plaintiffs FRED BOWERMAN and JULIA BOWERMAN and

21 Defendant, FIELD ASSET SERVICES, LLC, and hereby jointly stipulate as follows:

22                            **STIPULATION**

23

24       WHEREAS, on August 31, 2013, Plaintiffs responded to the written discovery of

25 Defendant and the parties have been engaged in diligent meet and confer discussions since
   that time;

26
         WHEREAS, on September 12, 2013, the Court entered a case management order
27
   setting February 5, 2014 as the hearing date on Plaintiffs' Motion to Certify Class and
28
                                      1

adopted previously set pretrial and trial dates of August 11 and August 25, 2014, respectively;

WHEREAS, the parties have not been able to resolve their discovery disputes and will require assistance of the Court;

WHEREAS, in light of the discovery dispute, Defendant continued the parties' then-scheduled October 17, 2013 mediation;

WHEREAS, the parties agreed to re-schedule mediation to January 24, 2014;

WHEREAS, in light of the discovery dispute Defendant has continued the depositions of Plaintiffs pending resolution of the disputes and any supplemental production;

WHEREAS, the parties believe that all pending dates should be amended such that discovery disputes are resolved and depositions taken before the mediation is held, and that class certification briefing, pre-trial, and trial dates be set at previously agreed intervals following mediation, although the parties could not agree as to trial and pre-trial dates;

THEREFORE, the parties respectfully stipulate to and jointly request that the court issue and amended scheduling order as follows:

| | |
|---|---|
| Filing of Informal Letter Regarding Discovery | October 28, 2013 |
| Filing Motion to Certify Class | February 28, 2014 |
| Opposition to Motion to Certify Class | March 28, 2014 |
| Reply to Motion to Certify Class | April 18, 2014 |
| Hearing on Motion to Certify | May 7, 2014, 2:00 p.m. |
| Pre-Trial Conference | Plaintiffs: October 20, 2014 Defendant: November 17, 2014 2:00 p.m. |
| Trial | Plaintiffs: November 3, 2014 Defendant: December 8, 2014 |

STIPULATION TO AMEND SCHEDULING ORDER
3275529V1 0942708

SO STIPULATED:

DATED:  October 28, 2013                  DUCKWORTH PETERS LEIBOWITZ
                                          OLIVIER LLP

                                          */s/ Thomas Duckworth*
                            By: _____
                                          Thomas Duckworth
                                          Attorneys for Plaintiffs


DATED:  October 28, 2013                  HINSHAW & CULBERTSON LLP

                                          */s/ Christopher J. Borders*
                            By: _____
                                          Christopher J. Borders
                                          Amy K. Jensen
                                          Susan T. Ye
                                          Attorneys for Defendant FIELD ASSET
                                          SERVICES, LLC


IT IS SO ORDERED, **modified as follows**:

Further Case Management Conference:       **February 11, 2014, 2:00 p.m.**

Filing Motion to Certify Class            February 28, 2014

Opposition to Motion to Certify Class     March 28, 2014

Reply to Motion to Certify Class          April 18, 2014

Hearing on Motion to Certify              May **14**, 2014, 2:00 p.m.

Pre-Trial Conference
                                          November **17**, 2014
                                          2:00 p.m.

                                          **December 1**, 2014
Trial


DATED:  October 29, 2013

                            By: _____
                                          HONORABLE WILLIAM H. ORRICK

3

STIPULATION TO AMEND SCHEDULING ORDER
3275529V1 0942708