1  AMY K. JENSEN (SBN: 226589)
   ajensen@hinshawlaw.com
2  HINSHAW & CULBERTSON LLP
   One California Street, 18th Floor
3  San Francisco, CA 94111
   Telephone:    415-362-6000
4  Facsimile:    415-834-9070

5  Attorneys for Defendant
   FIELD ASSET SERVICES, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FRED BOWERMAN AND JULIA BOWERMAN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FIELD ASSET SERVICES, INC., FIELD ASSET SERVICES, LLC, a successor in interest,<br><br>Defendants. | Case No. C13-00057 WHO<br><br>**REQUEST FOR AND CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**<br><br><br><br>Hon. William H. Orrick<br>Complaint Filed:  February 15, 2013 |

TO THE COURT, AND ALL PARTIES AND THEIR ATTORNEY OF RECORD:

NOTICE IS HEREBBY GIVEN that, subject to approval by the Court, Defendants FIELD ASSET SERVICES, INC. and FIELD ASSET SERVICES, LLC., substitutes Robert G. Hulteng, Esq. of Littler Mendelson, P.C., State Bar No. 71293 as counsel of record in place of Hinshaw & Culbertson LLP.

Contact information for new counsel is as follows:

Robert G. Hulteng, Esq.

Littler Mendelson, P.C.

650 California Street, 20th Floor

**DEFENDANT FIELD ASSET SERVICES, SUBSTITUTION OF ATTORNEY**
**CASE NO. C13-00057 WHO**

| | |
|---|---|
| San Francisco, California 94108 | |
| Tel: 415-433-1940 | |
| Fax: 415-399-8490 | |
| Email: rhulteng@littler.com | |

I CONSET TO THE ABOVE SUBSTITUTION.

DATED:     2/24/14

FIELD ASSET SERVICES, INC. and
FIELD ASSET SERVICES, LLC


By  s/Chris Helling
    Chris Helling, Esq., General Counsel

I CONSET TO BEING SUBSTITUTED

DATED:     2/24/14

HINSHAW & CULBERTSON LLP


By:  s/Amy K. Jensen
    Amy K. Jensen
    Attorneys for Defendant
    FIELD ASSET SERVICES, INC. and
    FIELD ASSET SERVIVCES, LLC

I CONSET TO THE ABOVE SUBSTITUTION.

DATED:     2/24/14

LITTLER MENDELSON, P.C.


By:  s/Robert G. Hulteng
    Robert G. Hulteng

THE SUBSTITUTION OF ATTORNEY IS HEREBY APPROVED AND SO ORDERED.

DATED: February 26, 2014

By _____
Hon. William H. Orrick, Judge of the United States District Court, Northern District

2.

**DEFENDANT FIELD ASSET SERVICES, SUBSTITUTION OF ATTORNEY**
**CASE NO. C13-00057 WHO**