1  Thomas E. Duckworth (SBN 152369)
   tom@dplolaw.com
2  Monique Olivier (SBN 190385)
   monique@dplolaw.com
3  DUCKWORTH PETERS LEBOWITZ OLIVIER LLP
   100 Bush Street, Suite 1800
4  San Francisco, CA 94104
   Telephone:    (415) 433-0333
5  Facsimile:    (415) 449-6556

6  Attorneys for Plaintiffs
   FRED BOWERMAN and JULIA BOWERMAN
7
   Robert G. Hulteng (SBN 071293)
8  rhulteng@littler.com
   Aurelio J. Perez (SBN 282135)
9  aperez@littler.com
   Kevin R. Vozzo (SBN 288550)
10 kvozzo@littler.com
   LITTLER MENDELSON, P.C.
11 650 California Street, 20th Floor
   San Francisco, CA 94108
12 Telephone:    (415) 433-1940
   Facsimile:    (415) 399-8490
13
   Attorneys for Defendants
14 FIELD ASSET SERVICES, INC. and
   FIELD ASSET SERVICES, LLC
15

16                    UNITED STATES DISTRICT COURT

17                    NORTHERN DISTRICT OF CALIFORNIA

18                         SAN FRANCISCO DIVISION

| | |
|---|---|
| 19  FRED BOWERMAN AND JULIA BOWERMAN, on behalf of themselves and all others similarly situated,<br><br>              Plaintiffs,<br><br>         v.<br><br>FIELD ASSET SERVICES, INC., FIELD ASSET SERVICES, LLC, a successor in interest,<br><br>              Defendants. | Case No.  C13-00057 WHO<br><br>**STIPULATION TO CONTINUE EXPERT WITNESS DISCLOSURE DEADLINE AND ORDER**<br><br><br>Hon. William H. Orrick, III<br>Complaint Filed:    February 15, 2013 |

1  IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs FRED BOWERMAN and JULIA BOWERMAN ("Plaintiffs") and Defendant FIELD ASSET SERVICES, LLC ("Defendant") (collectively, "Parties"), through their respective counsel of record, as follows:

WHEREAS, Plaintiffs' Motion for Class Certification was heard on August 13, 2014.

WHEREAS, the Court has yet to issue a ruling on Plaintiffs' motion.

WHEREAS, this action is currently scheduled for trial, beginning on December 1, 2014.

WHEREAS, the deadline for disclosure of expert testimony is September 2, 2014 (FRCP 26(a)(2)(D), (4); Civil Local Rule 16-10(b)(2))

IT IS NOW HEREBY STIPULATED AND AGREED that: Parties will continue their deadline for disclosure of expert testimony indefinitely, subject to the obligation that the Parties further meet and confer regarding an appropriate deadline within 7 days after the Court renders its decision on the class certification motion.

SO STIPULATED.

Dated: September 2, 2014          LITTLER MENDELSON, P.C.

By:  */s/ Aurelio J. Perez*
     Aurelio J. Perez
     Attorneys for Defendant
     FIELD ASSET SERVICES, INC. and FIELD
     ASSET SERVICES, LLC

Dated: September 2, 2014          DUCKWORTH PETERS LEBOWITZ OLIVIER, LLP

By:  */s/ Monique Oliver*
     Monique Oliver
     Attorney for Plaintiffs
     FRED BOWERMAN and JULIA BOWERMAN

**IT IS SO ORDERED. In addition, the trial date of December 1, 2014 is vacated. The Court will set a further Case Management Conference date in the Order on the pending motion, which the parties should expect within the next two weeks.**

Dated: September 3, 2014

_____
HONORABLE WILLIAM H. ORRICK, III
United States District Court Judge

Firmwide:128794223.1 066383.1035