UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED BOWERMAN, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>FIELD ASSET SERVICES, INC., et al.,<br><br>    Defendants. | Case No. 13-cv-00057-WHO<br><br>**SUMMARY ORDER GRANTING RENEWED MOTION FOR CLASS CERTIFICATION AND SETTING FURTHER CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 65 |

For the reasons which will be stated in a written opinion to follow, plaintiffs' Renewed Motion for Class Certification is GRANTED. A Case Management Conference is set for March 3, 2015 at 2:00 p.m. to set the schedule for the remainder of the case and the trial date. The Joint Case Management Statement should be filed by February 24, 2015. Because it will take some time to complete the opinion, I am issuing this Summary Order to allow the parties to resume litigation in the interim.

**IT IS SO ORDERED**.

Dated: January 26, 2015



WILLIAM H. ORRICK
United States District Judge