United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED BOWERMAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>FIELD ASSET SERVICES, INC., et al.,<br><br>Defendants. | Case No. 13-cv-00057-WHO<br><br>**ORDER RESETTING CASE MANAGEMENT CONFERENCE** |

To accommodate defendants' request, the case management conference currently set for March 31, 2015 is VACATED and RESET to April 14, 2015 at 2:00 p.m. in Courtroom 2, 17th Floor, San Francisco. Discovery is not stayed during this continuance.

**IT IS SO ORDERED**.

Dated: March 27, 2015



WILLIAM H. ORRICK
United States District Judge