THOMAS E. DUCKWORTH (SBN 152369)
(tom@dplolaw.com)
MONIQUE OLIVIER (SBN 190385)
(monique@dplolaw.com)
DUCKWORTH PETERS LEBOWITZ OLIVIER LLP
100 Bush Street, Suite 1800
San Francisco, CA  94104
Telephone: (415) 433-0333
Facsimile: (415) 449-6556

Attorneys for Plaintiffs and the Putative Class

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO**

| | |
|---|---|
| FRED BOWERMAN, and JULIA BOWERMAN on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br>v.<br><br>FIELD ASSET SERVICES, LLC, and Does 1-25,<br><br>    Defendants. | Case No. C13-00057 WHO<br><br>**CLASS ACTION**<br><br>**STIPULATION REGARDING DISCOVERY;<br>ORDER REGARDING DISCOVERY SCHEDULE** |

   WHEREAS, Plaintiffs have propounded written discovery seeking documents and information relating to FAS's business operations and to vendors to whom class notice was sent;

   WHEREAS, Defendant has propounded written discovery on vendors to whom class notice was sent;

   WHEREAS, the Parties have been negotiating in good faith to reach a compromise on this outstanding discovery, but have now come to an impasse and need the Court's guidance;

   Accordingly, the Parties agree to file a joint letter to the Court addressing these outstanding discovery issues no later than Tuesday, January 26, 2016.

Further, the Parties propose the following revised schedule relating to discovery deadlines relating to liability only, and agree to set a discovery schedule relating to damages discovery. This schedule does not impact any of the other deadlines in this case:

| | |
|---|---|
| Expert disclosure: | April 1, 2016 |
| Expert rebuttal: | April 21, 2016 |
| Fact discovery cutoff: | April 21, 2016 |
| Deadline to file joint letters on outstanding discovery disputes: | May 5, 2016 |
| Expert discovery cutoff: | June 17, 2016 |

Date:   January 21, 2016          Respectfully submitted,

DUCKWORTH PETERS LEBOWITZ OLIVIER LLP

By: /s/ Monique Olivier*

Monique Olivier
Attorneys for Plaintiffs and the Class

Date:   January 21, 2016          LITTLER MENDELSON, P.C.


By: /s/Aurelio Perez
Aurelio Perez
Attorneys for Defendant

*I, Monique Olivier, have consent and approval to file on behalf of all parties.

**ORDER**

In light of the Parties' stipulation and good cause appearing, the discovery schedule in this case is revised as follows:

| | |
|---|---|
| Expert disclosure: | April 1, 2016 |
| Expert rebuttal: | April 21, 2016 |
| Fact discovery cutoff: | April 21, 2016 |
| Deadline to file joint letters on outstanding discovery disputes: | May 5, 2016 |
| Expert discovery cutoff: | June 17, 2016 |

IT IS SO ORDERED.

Dated: January 22, 2016

_____
UNITED STATES DISTRICT COURT JUDGE