UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FRED BOWERMAN, et al.,

    Plaintiffs,

    v.

FIELD ASSET SERVICES, INC., et al.,

    Defendants.

Case No. 13-cv-00057-WHO

**ORDER REGARDING PROPOSAL FOR CONTINUING THE CASE MANAGEMENT DEADLINES**

At the hearing on February 26, 2016 and in the Further Order on Discovery Disputes issued on February 29, 2016, I directed the parties to meet and confer regarding the questionnaire to be sent to the Discovery Vendors, and to submit a redlined questionnaire reflecting their disputes if they were unable to reach agreement. Dkt. Nos. 117, 118. The parties were to submit a proposal for continuing the case management deadlines, including the trial set for August 22, 2016, at the same time they submitted the redlined questionnaire.

As of today's date, the parties have not filed either a redlined questionnaire or a proposal for continuing the case management deadlines. By May 16, 2016, the parties shall file their proposal for continuing the case management deadlines. At the same time, the parties shall file a redlined questionnaire if they have not already reached agreement on that issue.

**IT IS SO ORDERED**.

Dated: May 9, 2016

WILLIAM H. ORRICK
United States District Judge