THOMAS E. DUCKWORTH (SBN 152369)
(tom@dplolaw.com)
MONIQUE OLIVIER (SBN 190385)
(monique@dplolaw.com)
DUCKWORTH PETERS LEBOWITZ OLIVIER LLP
100 Bush Street, Suite 1800
San Francisco, CA  94104
Telephone: (415) 433-0333
Facsimile:  (415) 449-6556

*Attorneys for Plaintiffs and the Certified Class*

ROBERT G. HULTENG, Bar No. 071293
rhulteng@littler.com
AURELIO PEREZ, Bar No. 282135
aperez@littler.com
ALISON J. CUBRE, Bar No. 257834
acubre@littler.com
LITTLER MENDELSON, P.C.
333 Bush Street, 34th Floor
San Francisco, CA  94108.2693
Telephone:    415.433.1940
Facsimile:    415.399.8490

*Attorneys for Defendants*

[Additional Counsel Listed On Signature Page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED BOWERMAN, and JULIA BOWERMAN on behalf of themselves and all others similarly situated,<br><br>     Plaintiffs,<br><br>v.<br><br>FIELD ASSET SERVICES, Inc., FIELD ASSET SERVICES, LLC, a successor in interest,<br><br>     Defendants. | **CLASS ACTION**<br><br>Case No. C 13-00057 WHO<br><br>**JOINT STIPULATION REQUESTING MODIFICATION OF BRIEFING AND HEARING SCHEDULE;<br>ORDER MODIFYING SCHEDULE** |

- 1 -

The Parties do hereby stipulate as follows:

1. On January 4, 2017, Plaintiffs filed a Motion for Partial Summary Judgment and Defendants filed a Motion for Summary Judgment and a Motion to Decertify the Class. The hearing on all matters was set for February 8, 2017;

2. On January 10, 2017, the Court reset the hearing on these matters for February 15, 2017;

3. Counsel for Defendants has a conflict on February 15, 2017 and is unable to make the hearing on that date;

4. Accordingly, the Parties agree that the hearing, subject to the Court's approval, can be rescheduled for February 22, 2017 at 2:00 p.m.;

5. The Parties also agree, subject to the Court's approval, to modify the briefing schedule as follows, consistent with the Local Rules to provide that all briefing will be completed two weeks prior to the hearing:

    a. The Parties will file their Opposition briefs on February 1, 2017;

    b. The Parties will file their Reply briefs on February 8, 2017;

6. The Parties also agree, subject to the Court's approval, to move the Settlement Conference date, currently set for February 22, 2017, to the next available date on Magistrate Judge Maria Elena James's schedule in March 2017 as noted in the Court's October 6, 2016 Order (Dkt. 146) requiring that the "settlement be held in March, 2017." The Parties believe that the Settlement Conference will be more productive if the Parties have the benefit of the Court's rulings on the pending motions.

/ / /
/ / /
/ / /

DUCKWORTH PETERS LEBOWITZ OLIVIER LLP
100 Bush Street, Suite 1800
San Francisco, CA 94104

7.  These proposed modifications does not impact the pretrial and trial deadlines currently set.

Date:   January 11, 2017         Respectfully submitted,

DUCKWORTH PETERS LEBOWITZ OLIVIER LLP

By: */s/ Monique Olivier*

Monique Olivier
Attorneys for Plaintiffs and the Class


Date:   January 11, 2017         LITTLER MENDELSON, P.C.

By: */s/Alison Cubre*
Alison Cubre
Attorneys for Defendants


JAMES E. MILLER (SBN 262553)
SHEPHERD, FINKELMAN, MILLER
 AND SHAH, LLP
65 Main Street
Chester, CT 06412
Telephone: (860) 526-1100

RONALD S. KRAVITZ  (SBN 129704)
(rkravitz@sfmslaw.com)
SHEPHERD, FINKELMAN, MILLER
 AND SHAH, LLP
One California Street, Suite 900
San Francisco, CA 94111
Telephone: (415) 429-5272

**ORDER**

Pursuant to the Parties' stipulation and good cause appearing, the briefing and hearing deadline are modified as follows:

February 1, 2017: Plaintiffs' Opposition to Defendant's Motion for Summary Judgment; Plaintiffs' Opposition to Defendant's Motion to Decertify; Defendant's Opposition to Plaintiffs' Motion for Partial Summary Judgment

February 8, 2017: Plaintiffs' Reply in support of Motion for Partial Summary Judgment; Defendant's Reply in support of Motion for Summary Judgment; Defendant's Reply in support of Motion to Decertify

February 22, 2017: 2:00 p.m. Hearing on all Motions

The Parties are also ordered to contact the courtroom of Magistrate Judge Maria Elena James to reschedule the Settlement Conference for a date no later than March 31, 2017.

IT IS SO ORDERED.

DATED: January 17, 2017



United States District Judge