ROBERT G. HULTENG, Bar No. 071293
rhulteng@littler.com
AURELIO PEREZ, Bar No. 282135
aperez@littler.com
ALISON J. CUBRE, Bar No. 257834
ACubre@littler.com
DANTON W. LIANG, Bar No. 303487
DLiang@littler.com
LITTLER MENDELSON, P.C.
333 Bush Street, 34th Floor
San Francisco, CA 94108.2693
Telephone:   415.433.1940
Facsimile:   415.399.8490

KEVIN R. VOZZO, Bar No. 288550
kvozzo@littler.com
LITTLER MENDELSON, P.C.
900 Third Avenue,
New York, NY 10022-3298
Telephone:   212.583.9600
Facsimile:   212.832.2719

Attorneys for Defendants
FIELD ASSET SERVICES, INC. and
FIELD ASSET SERVICES, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FRED BOWERMAN and JULIA BOWERMAN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FIELD ASSET SERVICES, INC., FIELD ASSET SERVICES, LLC, a successor in interest,<br><br>Defendants. | Case No.  3:13-CV-00057-WHO<br><br>**PROPOSED FORM OF VERDICT**<br><br>Complaint Filed:   January 7, 2013<br>Trial Date            May 22, 2017<br>Crtm:                   Courtroom 2, 17th Floor<br>Judge:                 Hon. William H. Orrick |

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA  94104
415.433.1940

PROPOSED FORM OF VERDICT                                                Case No.  3:13-CV-00057-WHO

# **PROPOSED FORM OF VERDICT**

Pursuant to the Court's Pretrial Order, Defendant Field Asset Services, LLC ("Defendant") hereby submits the following proposed form of verdict.

Dated: May 1, 2017                               Respectfully submitted,

*/s/ Aurelio Perez*
ROBERT G. HULTENG
AURELIO PEREZ
ALISON J. CUBRE
KEVIN R. VOZZO
DANTON W. LIANG
LITTLER MENDELSON, P.C.
Attorneys for Defendants
FIELD ASSET SERVICES, INC. and
FIELD ASSET SERVICES, LLC

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

PROPOSED FORM OF VERDICT           1.           Case No. 3:13-CV-00057-WHO

# VERDICT FORM

## SECTION I

### NAMED PLAINTIFFS' BREACH OF CONTRACT CLAIM

**QUESTION NO. 1**:

Did Plaintiff Fred Bowerman[1] prove that he entered into a written employment contract with Defendants?

Yes___ No___

*If yes, go to Question No. 2.*

*If no, YOU ARE DONE WITH SECTION I, go directly to SECTION III.*

**QUESTION NO. 2**:

Did Plaintiff Fred Bowerman prove that Defendants breached the contract by failing to compensate him as provided for in the written employment contract or otherwise refusing to allow Mr. Bowerman the benefits of an employment contract with Defendants?

Yes___ No___

*If yes, go to Question No. 3.*

*If no, YOU ARE DONE WITH SECTION I, go directly to SECTION III.*

**QUESTION NO. 3**:

Did Plaintiff Fred Bowerman prove that Defendants' breach caused harm to Fred Bowerman for which Defendants should pay?

Yes___ No___

*If yes, go to Question No. 4.*

*If no, YOU ARE DONE WITH SECTION I, go directly to SECTION III.*

**QUESTION NO. 4**:

What are Plaintiff Fred Bowerman's damages, if any, from Defendants' breach of the contract?

$_____

---

[1] To be completed for Fred Bowerman and Julia Magdaeleno (p/k/a Bowerman), separately.

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

*Please have the jury foreperson sign and date the form where indicated below and deliver the form to the Bailiff.*

Dated: _____
     _____

_____
Jury Foreperson

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA  94104
415.433.1940

PROPOSED FORM OF VERDICT     3.     Case No.  3:13-CV-00057-WHO

# SECTION II

# NAMED PLAINTIFFS' BREACH OF THE IMPLIED CONVENANT OF GOOD FAITH AND FAIR DEALING CLAIM

**QUESTION NO. 1**:

Did Plaintiff Fred Bowerman[2] prove that he entered into a contract with Defendants?

       Yes\_\_\_ No\_\_\_

       *If yes, go to Question No. 2.*

       *If no, YOU ARE DONE WITH SECTION II, go directly to SECTION III.*

**QUESTION NO. 2**:

Did Plaintiff Fred Bowerman prove that he did all, or substantially all of the significant things that the contract required him to do or that he was excused from having to do those things?

       Yes\_\_\_ No\_\_\_

       *If yes, go to Question No. 3.*

       *If no, YOU ARE DONE WITH SECTION II, go directly to SECTION III.*

**QUESTION NO. 3**:

Did Plaintiff Fred Bowerman prove that all conditions required for Defendants' performance had occurred or were excused?

       Yes\_\_\_ No\_\_\_

       *If yes, go to Question No. 4.*

       *If no, YOU ARE DONE WITH SECTION II, go directly to SECTION III.*

**QUESTION NO. 4**:

Did Plaintiff Fred Bowerman prove that Defendants unfairly interfered with Fred Bowerman's right to receive the benefits of the contract?

       Yes\_\_\_ No\_\_\_

       *If yes, go to Question No. 5.*

       *If no, YOU ARE DONE WITH SECTION II, go directly to SECTION III.*

---

[2] To be completed for Fred Bowerman and Julia Magdaeleno (p/k/a Bowerman), separately.

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

PROPOSED FORM OF VERDICT     4.     Case No. 3:13-CV-00057-WHO

**QUESTION NO. 5**:

Did Plaintiff Fred Bowerman prove that he was harmed by Defendants' conduct?

    Yes___ No___

    *If yes, go to Question No. 6.*

    *If no, YOU ARE DONE WITH SECTION II, go directly to SECTION III.*

**QUESTION NO. 6**:

    Was Defendants' conduct based on an honest belief that Plaintiffs were properly classified as independent contractors?

    Yes___ No___

    *If yes, YOU ARE DONE WITH SECTION II, go directly to SECTION III.*

**QUESTION NO. 7**:

    What are Plaintiff Fred Bowerman's damages, if any, from Defendants' breach of the implied covenant of good faith and fair dealing?

    $_____

    *Please have the jury foreperson sign and date the form where indicated below and deliver the form to the Bailiff.*

Dated: _____  _____

_____

_____  _____

Jury Foreperson

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

PROPOSED FORM OF VERDICT   5.   Case No. 3:13-CV-00057-WHO

# SECTION III

# PLAINTIFFS' WILLFUL MISCLASSIFICATION OF INDEPENDENT CONTRACTOR STATUS CLAIM

**QUESTION NO. 1**:

    Did Plaintiffs prove by a preponderance of the evidence that Defendants knowingly characterized Plaintiffs as independent contractors for the purpose of avoiding employee status?

    Yes___ No___

*If yes, go to Question No. 2.*

*If no, YOU ARE DONE WITH SECTION III, go directly to SECTION IV.*

**QUESTION NO. 2**:

    Was Defendants' conduct based on an honest, good faith belief that Plaintiffs were properly classified as independent contractors?

    Yes___ No___


*Please have the jury foreperson sign and date the form where indicated below and deliver the form to the Bailiff.*


Dated: _____  _____

    _____

_____  _____

Jury Foreperson

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA  94104
415.433.1940

PROPOSED FORM OF VERDICT     6.     Case No. 3:13-CV-00057-WHO

# SECTION IV

# PLAINTIFFS' FAILURE TO PAY OVERTIME CLAIM

**QUESTION NO. 1**:

Did Plaintiffs perform work for Defendants?

Yes___ No___

*If yes, go to Question No. 2.*

*If no, YOU ARE DONE WITH SECTION IV, go directly to SECTION V.*

**QUESTION NO. 2**:

Have any of the Plaintiffs proven that they worked for Defendants in excess of forty hours in one or more work weeks in California?

Yes___ No___

*If yes, go to Question No. 3.*

*If no, go to Question No. 4.*

**QUESTION NO. 3**:

In total, during the limitations period from January 7, 2010 to December 20, 2016, how many hours in excess of 40 hours in a week did Plaintiffs work for Defendants in California (enter "0" if the answer is none)?

Plaintiff 1 worked _____ hours in excess of 40 hours in a week.

Plaintiff 2 worked _____ hours in excess of 40 hours in a week.

Plaintiff 3 worked _____ hours in excess of 40 hours in a week.

Plaintiff 4 worked _____ hours in excess of 40 hours in a week.

Plaintiff 5 worked _____ hours in excess of 40 hours in a week.

**QUESTION NO. 4**:

Have Plaintiffs proven that they worked for Defendants in excess of eight hours in one or more work days in California?

Yes___ No___

*If yes, go to Question No. 5.*

*If no, go to Question No. 7.*

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

PROPOSED FORM OF VERDICT   7.   Case No. 3:13-CV-00057-WHO

**QUESTION NO. 5**:

In total, during the limitations period from January 7, 2010 to December 20, 2016, how many hours in excess of 8 hours in a day did Plaintiffs work for Defendants (enter "0" if the answer is none) in California?

    Plaintiff 1 worked _____ hours in excess of 8 hours in a day.

    Plaintiff 2 worked _____ hours in excess of 8 hours in a day.

    Plaintiff 3 worked _____ hours in excess of 8 hours in a day.

    Plaintiff 4 worked _____ hours in excess of 8 hours in a day.

    Plaintiff 5 worked _____ hours in excess of 8 hours in a day.

**QUESTION NO. 6**:

For Question 5, above, how many of the hours listed were also include in your response to Question 3?

    Plaintiff 1: _____ hours were already included.

    Plaintiff 2: _____ hours were already included.

    Plaintiff 3: _____ hours were already included.

    Plaintiff 4: _____ hours were already included.

    Plaintiff 5: _____ hours were already included.

**QUESTION NO. 7**:

Have Plaintiffs proven that they worked for Defendants in excess of twelve hours in one or more work days?

    Yes\_\_\_ No\_\_\_

*If yes, go to Question No. 8.*

*If no, go to Question No. 9.*

**QUESTION NO. 8**:

In total, during the limitations period from January 7, 2010 to December 20, 2016, how many hours in excess of 12 hours in a day did Plaintiffs work for Defendants (enter "0" if the answer is none)?

    Plaintiff 1 worked _____ hours in excess of 12 hours in a day.

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA  94104
415.433.1940

PROPOSED FORM OF VERDICT          8.          Case No.  3:13-CV-00057-WHO

Plaintiff 2 worked _____ hours in excess of 12 hours in a day.

Plaintiff 3 worked _____ hours in excess of 12 hours in a day.

Plaintiff 4 worked _____ hours in excess of 12 hours in a day.

Plaintiff 5 worked _____ hours in excess of 12 hours in a day.

**QUESTION NO. 9**:

Did Defendants know, or should Defendants have known, that Plaintiffs had worked overtime hours in California?

Yes___ No___

*If yes, go to Question No. 10.*

*If no, YOU ARE DONE WITH SECTION IV, go directly to SECTION V.*

**QUESTION NO. 10**:

Were Plaintiffs paid at a rate lower than the legal overtime compensation rate for any overtime hours that they worked for Defendants in California?

Yes___ No___

*Please have the jury foreperson sign and date the form where indicated below and deliver the form to the Bailiff.*

Dated: _____ _____

_____

_____ _____

Jury Foreperson

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA  94104
415.433.1940

PROPOSED FORM OF VERDICT          9.          Case No.  3:13-CV-00057-WHO

# SECTION V

## PLAINTIFFS' FAILURE TO PAY WAGES DUE AND OWING CLAIM

**QUESTION NO. 1**:

Did Plaintiffs perform work for Defendants in California?

Yes___ No___

*If yes, go to Question No. 2.*

*If no, YOU ARE DONE WITH SECTION V, go directly to SECTION VI.*

**QUESTION NO. 2**:

Do Defendants owe Plaintiffs wages under the terms of their written employment contract?

Yes___ No___

*If yes, go to Question No. 3.*

*If no, YOU ARE DONE WITH SECTION V, go directly to SECTION VI.*

**QUESTION NO. 3**:

Did Defendants discharge Plaintiffs?

Yes___ No___

*If yes, go to Question No. 4.*

*If no, YOU ARE DONE WITH SECTION V, go directly to SECTION VI.*

**QUESTION NO. 4**:

Did Defendants willfully fail to pay the full amount of wages earned by Plaintiffs on their last day of their service arrangement?

Yes___ No___

*If yes, go to Question No. 5.*

*If no, YOU ARE DONE WITH SECTION V, go directly to SECTION VI.*

**QUESTION NO. 5**:

Was there a good faith dispute as to whether wages were due?

Yes___ No___

PROPOSED FORM OF VERDICT          10.          Case No. 3:13-CV-00057-WHO

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

*If no, go to Question 6.*

*If yes, YOU ARE DONE WITH SECTION V, go directly to SECTION VI.*

**QUESTION NO. 6**:

For how many calendar days following Plaintiffs' last day of the service arrangement did Defendants willfully fail to pay the full amount of Plaintiffs' wages?

_____ days.

*Please have the jury foreperson sign and date the form where indicated below and deliver the form to the Bailiff.*

Dated: _____    _____

_____

Jury Foreperson

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA  94104
415.433.1940

PROPOSED FORM OF VERDICT    11.    Case No.  3:13-CV-00057-WHO

# SECTION VI

# PLAINTIFFS' FAILURE TO INDEMNIFY EMPLOYEES FOR BUSINESS EXPENSES CLAIM

**QUESTION NO. 1**:

Did Plaintiffs prove by a preponderance of the evidence that Defendants had a common policy or practice to fail to reimburse Plaintiffs for reasonable and necessary business expenses to which they were entitled?

Yes___ No___

*If yes, go to Question No. 2.*

**QUESTION NO. 2**:

Did Plaintiffs prove by a preponderance of the evidence that Plaintiffs incurred reasonable and necessary business expenses in California for which they were not reimbursed?

Yes___ No___

*If yes, go to Question No. 3.*

**QUESTION NO. 3**:

Were Plaintiffs able to establish which business expenses were incurred specifically for Defendants versus other companies?

Yes___ No___

*If yes, go to Question No. 4.*

**QUESTION NO. 4**:

Were Plaintiffs able to establish which business expenses were incurred specifically to provide personal services to Defendants versus their personal use or for other business uses?

Yes___ No___

*If yes, go to Question No. 5.*

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

PROPOSED FORM OF VERDICT    12.    Case No. 3:13-CV-00057-WHO

**QUESTION NO. 5**:

Were Plaintiffs able to establish which business expenses were reasonable and necessary?

Yes___ No___

*If yes, go to Question No. 6.*

**QUESTION NO. 6**:

Which expenses do you conclude were necessary and reasonable expenses?

_____

_____

_____

*Go to Question No. 7.*

**QUESTION NO. 7**:

Were Plaintiffs able to establish which business expenses were for Plaintiffs versus for individuals who were working for Plaintiffs?

Yes___ No___

*If yes, go to Question No. 8.*

**QUESTION NO. 8**:

Were Plaintiffs able to establish which business expenses were incurred in California versus outside of California?

Yes___ No___

*If yes, go to Question No. 9.*


**QUESTION NO. 9**:

Defendants owe Plaintiffs the following amount for reasonable and necessary business expenses that were not reimbursed: $_____.

*Go to Question No. 9.*

**QUESTION NO. 9:**

On Appendix __, for each Plaintiff, state the amount of unreimbursed reasonable and

PROPOSED FORM OF VERDICT         13.            Case No. 3:13-CV-00057-WHO

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

1  necessary business expenses to which he or she is entitled.

2  *Please have the jury foreperson sign and date the form where indicated below and*
3  *deliver the form to the Bailiff.*

4
5  Dated: _____  _____
   _____
6  _____  _____
7  Jury Foreperson

8
9  Firmwide:146332164.8 066383.1035

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA  94104
415.433.1940

PROPOSED FORM OF VERDICT       14.       Case No.  3:13-CV-00057-WHO