ROBERT G. HULTENG, Bar No. 071293
AURELIO PEREZ, Bar No. 282135
ALISON CUBRE, Bar No. 257834
JULIE STOCKTON, Bar No.286944
ROB HARRINGTON, Bar No. 302239
COURTNEY OSBORN, Bar No. 312011
LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, California 94104
Telephone: 415.433.1940
Facsimile: 415.399.8490

Attorneys for Defendants
FIELD ASSET SERVICES, INC. and FIELD
ASSET SERVICES, LLC

(ADDITIONAL COUNSEL ON NEXT PAGE)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FRED BOWERMAN and JULIA BOWERMAN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FIELD ASSET SERVICES, INC. and FIELD ASSET SERVICES, LLC,<br><br>Defendants. | Case No. 3:13-CV-00057 WHO<br><br>**ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO SHORTEN TIME ON HEARING FOR DEFENDANTS' MOTION TO DISMISS FRED ACEVEDO** |

ORDER (No. 3:13-CV-00057 WHO)

1 BARRETT GREEN, Bar No. 145393
LITTLER MENDELSON, P.C.
2 2049 Century Park East
5th Floor
3 Los Angeles, CA 90067-3107
Telephone: 310.553-0308
4 Facsimile: 310.553.5583

5 KEVIN VOZZO, Bar No. 288550
LITTLER MENDELSON, P.C.
6 900 Third Avenue
New York, NY 10022-3298
7 Telephone: 212.583-9600
Facsimile: 212.832-2719

8 Attorneys for Defendants
FIELD ASSET SERVICES, INC. and FIELD
9 ASSET SERVICES, LLC

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

ORDER (No. 3:13-CV-00057 WHO)

Defendants Field Asset Services, Inc. and Field Asset Services, LLC's Administrative Motion to Shorten Time on Hearing for Defendants' Motion to Dismiss Fred Acevedo was presented to this Court for determination. After consideration of the argument of counsel, Defendants' papers, and Plaintiffs' response thereto, and good cause appearing therefrom:

IT IS HEREBY ORDERED that Defendants' Motion is GRANTED in its entirety:

_____ Defendants' Motion to Dismiss Purported Class Member Fred Acevedo will be heard on June 27, 2017, at 3:30 p.m.

_____ Plaintiffs will have ten days or until Monday, June 19, 2017 to oppose Defendants' Motion to Dismiss Purported Class Member Fred Acevedo.

_____ Defendants will have two days or until Wednesday, June 21, 2017 to file its Reply to any opposition.

Dated: June 12, 2017

_____
HON. WILLIAM H. ORRICK
JUDGE OF THE U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Firmwide:148143529.1 066383.1035