THOMAS E. DUCKWORTH (SBN 152369)
(tom@dplolaw.com)
MONIQUE OLIVIER (SBN 190385)
(monique@dplolaw.com)
DUCKWORTH PETERS LEBOWITZ OLIVIER LLP
100 Bush Street, Suite 1800
San Francisco, CA 94104
Telephone: (415) 433-0333
Facsímile:  (415) 449-6556

JAMES E. MILLER (SBN 262553)
(jmiller@sfmslaw.com)
SHEPHERD, FINKELMAN, MILLER
 AND SHAH, LLP
65 Main Street
Chester, CT 06412
Telephone: (860) 526-1100
Facsimile: (866) 300-7367

*Attorneys for Plaintiffs and the Certified Class*

[Additional Counsel Listed On Signature Page]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

---

| | |
|---|---|
| FRED BOWERMAN, and JULIA BOWERMAN on behalf of themselves and all others similarly situated,<br>    Plaintiffs,<br>v.<br>FIELD ASSET SERVICES, LLC, and Does 1-25,<br>    Defendants. | Case No. C13-00057 WHO<br><br>**CLASS ACTION**<br><br>**JOINTLY PROPOSED VOIR DIRE QUESTIONS**<br><br>Date:         July 5, 2017<br>Time:        9:00 a.m.<br>Courtroom: 12. 19th Floor<br>Judge:       Hon. William H. Orrick<br><br>Complaint Filed:   January 7, 2013 |

ROBERT G. HULTENG, Bar No. 071293
AURELIO PEREZ, Bar No. 282135
ALISON CUBRE, Bar No. 257834
JULIE STOCKTON, Bar No. 286944
ROB HARRINGTON, Bar No. 302239
COURTNEY OSBORN, Bar No. 312011
LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, California  94104
Telephone:    415.433.1940
Facsimile:    415.399.8490


BARRETT GREEN, Bar No. 145393
LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067-3107
Telephone:    310.553-0308
Facsimile:    310.553.5583


KEVIN VOZZO, Bar No. 288550
LITTLER MENDELSON, P.C.
900 Third Avenue
New York, NY 10022-3298
Telephone:    212.583-9600
Facsimile:    212.832-2719

Attorneys for Defendants
FIELD ASSET SERVICES, INC. and FIELD ASSET SERVICES, LLC

The parties respectfully request an opportunity to propose the following questions to the jury venire.  Further, to the extent there are any affirmative responses by panel members, the partiesrequest an opportunity to conduct an individual *voir dire* of each panel member so as to further develop the lines of inquiry.

**I.     BACKGROUND**

To the extent these topics are not covered by the Court's customary *voir dire* or by a supplemental juror questionnaire, the parties submit the following questions concerning general topics for civil cases.

1. What is your name?
2. In what city or neighborhood do you currently live?  How long have you lived there?
3. If you attended college or graduated from college, what was your major area of study and what licenses or degrees, if any, did you obtain?
4. If you are currently employed, what is your occupation and the name of your employer, and how long have you been working there?
   a) Do you work full-time or part-time?
   b) What type of business does your current or most recent employer conduct?
   c) Do you have positive, negative, or neutral feelings about your current workplace?
5. If you are not currently employed, what was your most recent occupation and the name of your employer, and how long did you work for this employer?  If you are not currently working outside of the home, are you a student, a homemaker, retired, disabled, or currently unemployed and looking for work?
   a) If you are a student, where do you attend school, and what are you studying? Do you attend classes during the day or at night?  Will being a juror interfere with your ability to complete your program?

/ / /

/ / /

        b)      If you are retired, when did you retire and what did you do for work in the past? How long did you work there? Were you an hourly or salaried employee?

        c)      If you are unemployed, what type of work are you looking for? If you are currently looking for a job, will being a juror interfere with your ability to find a job?

6. If you are married or living with a non-marital partner, what is your spouse's or partner's current occupation and employer?

        a)      If your spouse or partner is retired, unemployed, disabled, or not working outside the home, what was his or her most recent occupation?

7. Do you have any children? If yes, what are their ages, and if any are working, what are their occupations?

8. Is there anyone else living in your home who you have not mentioned? If yes, who lives with you and what is his/her relationship to you, and what is his/her occupation?

9. Have you or anyone in your family ever been a member of a union? If yes, have you or your family member filed a grievance through a union? Was there anything unsatisfactory about that experience?

10. Have you served on a jury before, including on a Grand Jury? If yes:

        a)      How many times?

        b)      Were they civil or criminal cases? (State or federal court?)

        c)      Did the jury reach a verdict in all of the cases?

        d)      Were you ever the foreperson?

11. Is there anything about your prior jury service that would affect your ability to serve as a trial juror in this case?

**II.    PARTIES**

1. The Plaintiffs (who will also be referred to as Claimants) in this case are: [list all the class members to be included in Phase I].

2. Does anyone on the panel know any of the Claimants?

3. Claimants are represented by Monique Olivier and Tom Duckworth of the law firm Duckworth Peters Lebowitz Olivier and James Miller and Chiharu Sekino of the law firm Shepherd Finkelman Miller & Shah. Does anyone on the panel know the plaintiffs' lawyers or their law firms?

4. The defendants in this case are: (a) Field Asset Services, Inc., and (b) Field Asset Services, LLC. For purposes of this trial, we and the Court will refer to both defendants collectively as Field Asset Services or "FAS" or "Defendants."

5. Does anyone on the panel know the Defendants?

6. Field Asset Services is represented by Robert Hulteng, Aurelio Perez, and Alison Cubre, with the law firm Littler Mendelson, P.C. Does anyone know the defense lawyers or their law firm?

7. Do any of you know, or are you acquainted with, the Defendant Field Asset Services? If so, how?

8. Have you, or anyone you know, ever worked for Field Asset Services?

9. Field Asset Services is a property preservation business. Have you, or anyone you know, ever worked in the property preservation business?

10. Have you, or someone close, ever worked in any business related to property foreclosures? Have you or persons close to you ever experienced a foreclosure on your or their property?

**III.  WITNESSES**

1. The Claimants may present the testimony of an expert witness, Jeffery Petersen of Allman & Petersen Economics, LLC, and Field Asset Services may call expert witnesses, Ali Saad and/or Elaine Reardon of Resolution Economics.

2. Do any members of the panel recognize any of these individuals?

3. The following fact witnesses may be called by live testimony:

3

1. ☐ Name                            ☐ Name
2. ☐ Name                            ☐ Name
3. ☐ Name                            ☐ Name
4. ☐ Name                            ☐ Name
5. ☐ Name                            ☐ Name
6. ☐ Name                            ☐ Name
7. ☐ Name                            ☐ Name

4. Do any members of the panel recognize any of these individuals?

5. The following fact witnesses' deposition testimony may be introduced into evidence:

- ☐ Name                            ☐ Name
- ☐ Name                            ☐ Name
- ☐ Name                            ☐ Name
- ☐ Name                            ☐ Name
- ☐ Name                            ☐ Name
- ☐ Name                            ☐ Name
- ☐ Name                            ☐ Name

6. Do any members of the panel recognize any of these individuals?

7. Does anyone here know anybody else on the jury from before today?

## IV.  DESCRIPTION OF THE CLAIM

1. The Claimants in this lawsuit are vendors who worked for Field Asset Services performing property preservation work on foreclosed homes.  The court has determined that qualified Claimants were improperly classified as independent contractors when they should have been classified as employees. Claimants have alleged that, as a result of this misclassification Field Asset Services did not properly pay them overtime, or reimburse them for business expenses that they incurred while working for Field Asset Services.  [Defendant would like added: "The defense contends that Claimants received the full amount of compensation due and owing to them."

1

Plaintiffs believe this is inappropriate as the Court has found as a matter of law that FAS owes compensation for overtime and unreimbursed business expenses. (Dkt. 205.)]

2. A plaintiff is a person who has filed a lawsuit. Do you have a strong feeling either for or against a plaintiff simply because he or she has filed a lawsuit?

3. A defendant is a person or corporation against whom a lawsuit has been brought. Do you have a strong feeling for or against a defendant simply because a lawsuit has been brought against it?

4. Field Asset Services is a Delaware limited liability company. Under the law, a business entity is entitled to be treated the same as anyone else and is entitled to be treated the same as private individual. Would you have any difficulty in accepting that principle? Do you have any strong opinions, negative or positive, about a large corporation? If yes, please explain.

5. Have you, any members of your family, or close friends ever been involved in a labor law dispute, or employment dispute, or a wage dispute?

    a) When did this incident take place?
    b) Who was involved?
    c) Did any claim arise out of the incident?
    d) Was there any lawsuit relative to the incident you have mentioned?
Were you satisfied with the outcome of the dispute?
    e) Do you feel that the incident which you have mentioned might have some bearing on your judgment, if you were chosen as a juror in this trial?

6. Have any of you seen, read or heard anything from any source whatsoever about this case?

7. Have any of you formed or expressed any opinion about how this case should be decided?

8. Do any of you have any life experience or special training which causes you to favor one side or another? If yes, please explain.

/ / /

5

9. Have you or anyone close to you ever worked in Human Resources or had experience with personnel matters? Do any of you have any familiarity with California wage and hour laws? If so, how?

10. Do any of you manage or oversee employees?

11. Have you or anyone close to you ever had a strong positive or negative experience with an employer? How about with an employee?

Have any of you or anyone close to you ever not been paid for work you performed?

12. Have any of you ever felt like you were not compensated for time spent doing off the clock work required by your employer?

13. Are any of you in positions or have you been in positions where you are charged with enforcing overtime laws?

14. Have any of you ever worked as an independent contractor or know anyone who has? If so, do you believe there are any differences between employees and independent contractors?

15. Have any of you ever been forced to work at your job and have not received compensation for the time you worked?

16. It is natural to feel sympathy for someone who has experienced problems. Sympathy, however, cannot be a basis for your verdict in this case. Does anyone feel like you might not be able to set aside feelings of sympathy and base a decision in this case only on the evidence presented at trial? If yes, explain.

17. All persons working in the United States are entitled to the benefit of federal and state labor and wage and hour laws. The immigration status of any class members is not at issue and is not to be considered in this lawsuit. Is anyone uncomfortable with this rule?

18. Would you have a bias for or against either side if they are not able to produce records of hours worked or business expenses?

**V.   INVOLVEMENT AND IMPRESSIONS RE: LITIGATION**

1. Have any of you, any member of your family or close friend, ever been a plaintiff, defendant, or witness in any lawsuit? If so, if a party, what was the nature of the case?

6

   2.   If a witness, what was your participation in the case?

   3.   Is there anything which has occurred to any of you in your life or experiences that might have a bearing on your judgment in this case?

   4.   Is there anything that you believe we should know that might have a bearing on your judgment in this case?

**VI.   BURDEN OF PROOF**

   1.   This is a civil case, not a criminal case.  In a civil case the plaintiff has to prove his/her case by a preponderance of the evidence. What this means is that the plaintiffs must prove that their claims are more likely than not true.  The defendant has the burden to prove any affirmative defense asserted against the plaintiffs' claim. This is very different from a criminal case, in which the prosecution must prove the case beyond a reasonable doubt. Does any member of the panel have any difficulty with this concept, or with being able to follow the Court's instructions regarding the burden of proof the plaintiffs must bear in civil cases? Does anyone disagree with our justice system placing the burden of proof on the party who claims that someone harmed them in some way?  If yes, explain.

      a)   Does anyone feel that the defendant in this case, Field Asset Services, should have to prove it did nothing wrong?  If yes, explain.

   2.   As a juror, you must wait until all the evidence has been presented and you have been instructed on the law which is to be applied before you make up your mind concerning any fact or issue in this case.

   3.   As a juror, you must render a verdict solely on the evidence presented during this trial, apply the law stated in instructions which will be given to you, and disregard any other ideas, notions, or beliefs about the law that you may have previously held or encountered.

   4.   If you were either the plaintiffs or the defendants in this case, would you be unwilling to have your case decided by a juror with the same frame of mind as you now have?

/ / /

    5.   Does any member of the panel believe that the civil justice system should be changed to limit the ability of employees to bring claims for failure to pay correct wages or reimburse for business expenses?

    6.   Does anyone believe that the plaintiffs' case automatically has some merit or that plaintiffs should be compensated in some way because several of them are pursuing this lawsuit against Field Asset Services?

**VII.   CLASS ACTIONS**

    1.   How many of you have heard of class action lawsuits?

        a)   What have you heard?  What is your understanding?

        b)   How do you feel about class actions?

        c)   Does anyone think class action lawsuits are unfair?

    2.   Have you or a family member ever been involved in a class action (i.e., plaintiff, defendant, or even just a class member)?  Have you ever received a class action notice in the mail?

        a)   What was the case about?

        b)   What was the outcome?

        c)   Were you satisfied with the result?

    3.   Have you ever had any experience in a class action which caused you to have positive or negative feelings about class action cases?

    4.   Do you think that class actions should be limited or restricted in any way?

    5.   Do you believe that persons who are part of a class action are not entitled to the same full legal rights as persons who bring individual cases?

**VIII.   APPLICATION OF LAW**

    1.   This case is to be decided solely on the law contained in the instructions which will be given to you and on the facts established by the evidence in this case.  Do you feel that you cannot decide this case based on the law and the facts established by the evidence?

/ / /

/ / /

8

JOINTLY PROPOSED VOIR DIRE QUESTIONS                                    CASE NO. C13-00057WHO

      2.      You must accept the law stated in the instructions and disregard any idea or notion that you may have about what the law should be or ought to be. Do you feel that you cannot accept the law which will be stated in the instructions given to you and apply that law to the facts?

## IX.   DAMAGES

      1.      This is a civil case in which the Claimants claim that the defendant failed to pay them for wages and expenses incurred while working for them.   The Claimants seek compensation for these losses as provided by California law. Will any member of the panel have difficulty awarding damages to the Claimants in the event that you find that the evidence supports such an award?

          a)      Conversely, if the Claimants do not prove their case, you will have to find against them and not award them any compensation.  Will any member of the panel have difficulty not awarding any compensation to the Claimants and sending them home with no money?

      2.      Does any member of the panel have personal feelings, religious beliefs or other convictions which would interfere with your ability to award compensation to the plaintiffs and claimants in the event that you find the evidence supports an award of money damages?

      3.      Does anyone believe that the Claimants should recover at least some money because the court has already ruled that Field Asset Services misclassified them?

      4.      Do you believe that sometimes people may abuse the legal system from time to time?

      5.      Do you support limits on the ability to bring lawsuits?

      6.      Do you support limits on the amount of money people can ask for in lawsuits?

## X.   MISCELLANEOUS

      1.      Does anyone have problems with seeing or hearing, which would make it difficult to see or hear the testimony, exhibits and arguments presented in this case?

      2.      Does anyone have a health problem that would interfere with your ability to serve as a juror in this trial?

      3.      At the conclusion of this case, you will receive instructions from the Court regarding the law which must be applied to this case relating to proof of responsibility and damages. In the

event that your own personal feelings about what the law should be are any different from the instructions you receive from the Court, would any member of the panel have difficulty in following the Court's instructions in the event they conflict with your own personal beliefs?

4. Would anyone, for any reason, have a problem in fairly evaluating the evidence in this case and giving all parties a fair trial?

5. You are prohibited from doing any independent investigation whatsoever regarding this case, the parties, the subject matter, or the attorneys involved in the case. You may not do any Internet searches (Google, etc.) regarding any person, company, or topic in any way involved in this trial until after the trial is concluded. You many not post any information on any social media websites (Facebook, Twitter, etc.). To do so compromises the fairness of the trial and violates your oath as a juror. This prohibition will extend through the end of your jury service in this case. Is there anyone who will not faithfully follow this order as a juror?

6. This case is expected to take a week to ten days of trial before the case is submitted to you for a verdict. Would the length of time for this trial create an undue hardship to any of you, or present a special problem to any member of the panel? Having heard the questions asked by the court, is there any other reason why you could not sit on this jury and render a fair verdict based on the evidence in light of the court's instructions on the law?

7. Is there anything else that you feel is important for the parties in this case to know about you?

///
///
///

10

JOINTLY PROPOSED VOIR DIRE QUESTIONS                                    CASE NO. C13-00057WHO

| | | |
|---|---|---|
| 1 | Dated: June 20, 2017 | Respectfully submitted, |
| 2 | | |
| 3 | | DUCKWORTH PETERS LEBOWITZ OLIVIER LLP |

By: /s/ *Monique Olivier*
Monique Olivier

KOLIN C. TANG (SBN 279834)
CHIHARU G. SEKINO (SBN 306589)
SHEPHERD, FINKELMAN, MILLER
 AND SHAH, LLP
401 West A Street, Suite 2550
San Diego, CA 92101
Telephone: (619) 235-2416
Facsimile: (866) 300-7367

RONALD S. KRAVITZ  (SBN 129704)
(rkravitz@sfmslaw.com)
SHEPHERD, FINKELMAN, MILLER
 AND SHAH, LLP
One California Street, Suite 900
San Francisco, CA 94111
Telephone: (415) 429-5272

*Attorneys for Plaintiffs and the Certified Class*

Dated: June 20, 2017            Respectfully submitted,

LITTLER MENDELSON, P.C.

By: */s/ Aurelio Perez*

*Attorneys for Defendants*
*FIELD ASSET SERVICES, INC. and*
*FIELD ASSET SERVICES, LLC*

Firmwide:148328109.1 066383.1035