1 ROBERT G. HULTENG, Bar No. 071293
AURELIO PEREZ, Bar No. 282135
2 ALISON CUBRE, Bar No. 257834
JULIE STOCKTON, Bar No.286944
3 ROB HARRINGTON, Bar No. 302239
COURTNEY OSBORN, Bar No. 312011
4 LITTLER MENDELSON, P.C.
333 Bush Street
5 34th Floor
San Francisco, California 94104
6 Telephone: 415.433.1940
Facsimile: 415.399.8490

Attorneys for Defendants
FIELD ASSET SERVICES, INC. and FIELD
ASSET SERVICES, LLC

(ADDITIONAL COUNSEL ON NEXT PAGE)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FRED BOWERMAN and JULIA BOWERMAN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FIELD ASSET SERVICES, INC. and FIELD ASSET SERVICES, LLC,<br><br>Defendants. | Case No. 3:13-CV-00057 WHO<br><br>**ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO SHORTEN TIME ON HEARING FOR DEFENDANTS' MOTION TO DISMISS DISCOVERY VENDORS FOR DISCOVERY VIOLATIONS** |

ORDER (No. 3:13-CV-00057 WHO)

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

BARRETT GREEN, Bar No. 145393
LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067-3107
Telephone: 310.553-0308
Facsimile: 310.553.5583

KEVIN VOZZO, Bar No. 288550
LITTLER MENDELSON, P.C.
900 Third Avenue
New York, NY 10022-3298
Telephone: 212.583-9600
Facsimile: 212.832-2719

Attorneys for Defendants
FIELD ASSET SERVICES, INC. and FIELD ASSET SERVICES, LLC

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

ORDER (No. 3:13-CV-00057 WHO)

Defendants Field Asset Services, Inc. and Field Asset Services, LLC's Administrative Motion to Shorten Time on Hearing for Defendants' Motion to Dismiss Discovery Vendors For Discovery Violations was presented to this Court for determination. After consideration of the argument of counsel, Defendants' papers, and Plaintiffs' response thereto, and good cause appearing therefrom:

IT IS HEREBY ORDERED that Defendants' Motion is GRANTED as modified below:

Defendants' Motion to Dismiss Discovery Vendors For Discovery Violations will be heard on July 5, 2017, at 8:00 a.m.

Plaintiffs will have until Wednesday, June 28, 2017 at 2:00 p.m. to oppose Defendants' Motion to Dismiss Discovery Vendors For Discovery Violations.

Defendants will until Friday, June 30, 2017 at 2:00 p.m. to file its Reply to any opposition.

Dated: June 26, 2017

HON. WILLIAM H. ORRICK
JUDGE OF THE U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Firmwide:148374998.1 066383.1035

ORDER 1. (No. 3:13-CV-00057 WHO)

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940