1  THOMAS E. DUCKWORTH, Bar No. 152369
   tom@dplolaw.com
2  MONIQUE OLIVIER, Bar No. 190385
   monique@dplolaw.com
3  DUCKWORTH PETERS LEBOWITZ OLIVIER LLP
   100 Bush Street, Suite 1800
4  San Francisco, CA  94104
   Telephone:    415.433.0333
5  Facsimile:    415.449.6556

6  JAMES E. MILLER, Bar No. 262553
   jmiller@sfmslaw.com
7  SHEPHERD, FINKELMAN, MILLER AND SHAH, LLP
   65 Main Street
8  Chester, CT 06412
   Telephone:    860.526.1100
9  Facsimile:    866.300.7367

10 Attorneys for Plaintiffs and the Certified Class

11 [Additional Counsel Listed On Next Page]

12

13                              UNITED STATES DISTRICT COURT

14                             NORTHERN DISTRICT OF CALIFORNIA

15                                   SAN FRANCISCO DIVISION

16

17 | FRED BOWERMAN and JULIA BOWERMAN, on behalf of themselves and all others similarly situated, | Case No.  3:13-CV-00057-WHO |
|---|---|
| Plaintiffs, | **JOINT PROPOSED SUPPLEMENTAL JURY INSTRUCTIONS** |
| v. | Complaint Filed: January 7, 2013 |
| FIELD ASSET SERVICES, INC., FIELD ASSET SERVICES, LLC, a successor in interest, | Trial Date        July 5, 2017<br>Crtm:              Courtroom 12, 19th Floor<br>Judge:             Hon. William H. Orrick |
| Defendants. | |

| | |
|---|---|
| 1 | KOLIN C. TANG, Bar No. 279834 |
| | ktang@sfmslaw.com |
| 2 | CHIHARU G. SEKINO, Bar No. 306589 |
| | csekino@sfmslaw.com |
| 3 | SHEPHERD, FINKELMAN, MILLER AND SHAH, LLP |
| | 401 West A Street, Suite 2550 |
| 4 | San Diego, CA 92101 |
| | Telephone:    619.235.2416 |
| 5 | Facsimile:    866.300.7367 |
| 6 | JAMES C. SHAH. Bar No. 260435 |
| | jshah@sfmslaw.com |
| 7 | SHEPHERD, FINKELMAN, MILLER AND SHAH, LLP |
| 8 | 35 East State Street |
| | Media, PA 19063 |
| 9 | Telephone:    610.891.9880 |
| | Facsimile:    866.300.7367 |
| 10 | |
| 11 | RONALD S. KRAVITZ, Bar No. 129704 |
| | rkravitz@sfmslaw.com |
| 12 | SHEPHERD, FINKELMAN, MILLER AND SHAH, LLP |
| | 44 Montgomery Street, Suite 650 |
| 13 | San Francisco, CA 94104 |
| | Telephone:    415.429.5272 |
| | Facsimile:    866.300.7367 |
| 14 | |
| 15 | Attorneys for Plaintiffs and the Certified Class |
| 16 | ROBERT G. HULTENG, Bar No. 071293 |
| | rhulteng@littler.com |
| 17 | AURELIO PEREZ, Bar No. 282135 |
| | aperez@littler.com |
| 18 | ALISON J. CUBRE, Bar No. 257834 |
| | ACubre@littler.com |
| 19 | DANTON W. LIANG, Bar No. 303487 |
| | DLiang@littler.com |
| 20 | LITTLER MENDELSON, P.C. |
| | 333 Bush Street, 34th Floor |
| 21 | San Francisco, CA 94108.2693 |
| | Telephone:    415.433.1940 |
| | Facsimile:    415.399.8490 |
| 22 | |
| 23 | KEVIN R. VOZZO, Bar No. 288550 |
| | kvozzo@littler.com |
| 24 | LITTLER MENDELSON, P.C. |
| | 900 Third Avenue, |
| 25 | New York, NY 10022-3298 |
| | Telephone:    212.583.9600 |
| | Facsimile:    212.832.2719 |
| 26 | |
| 27 | Attorneys for Defendants |
| | FIELD ASSET SERVICES, INC. and |
| | FIELD ASSET SERVICES, LLC |
| 28 | |

**JOINT PROPOSED SUPPLEMENTAL JURY INSTRUCTION NO. 1**

**FURTHER INSTRUCTION RE MILEAGE EXPENSES**

An award of "mileage" expenses to a qualified Claimant will reimburse the costs associated with acquiring, operating, and maintaining motor vehicles. These expenses include the costs of purchasing vehicles, costs for gasoline, mechanical maintenance, and automobile insurance.

Some witnesses have provided evidence of claimed mileage expenses. Some witnesses have provided evidence of specific automobile expenses such as fuel and maintenance costs that form part of "mileage" expenses.

In determining the amount of mileage expenses, if any, to which each qualified Claimant is entitled, you may award the amount of "mileage" expenses proved or the amount of specific automobile expenses proved. You cannot award both.

The reimbursement rate permitted by the Internal Revenue Service during all periods applicable to this lawsuit are set forth in the table below. This reimbursement rate is a maximum; you may determine, based on all of the evidence, that this rate or a lower reimbursement rate is appropriate.

| Effective Date | Mileage Reimbursement Rate |
|---|---|
| 2015 | 57.5¢ |
| 2014 | 56¢ |
| 2013 | 56.5¢ |
| 2012 | 55.5¢ |
| July 1 - Dec. 31, 2011 | 55.5¢ |
| Jan. 1 - June 30, 2011 | 51¢ |
| 2010 | 50¢ |

GIVEN: _____

REFUSED: _____

MODIFIED: _____

WITHDRAWN: _____

JOINT PROPOSED SUPPLEMENTAL JURY INSTRUCTIONS      1.      Case No. 3:13-CV-00057-WHO

# JOINT PROPOSED SUPPLEMENTAL JURY INSTRUCTION NO. 2

## FURTHER INSTRUCTIONS RE INSURANCE EXPENSES

Qualified Claimants are only seeking reimbursement of insurance expenses for the following two types of insurance:

1. Errors & Omissions ("E&O") Insurance, and;
2. General Liability ("GL") Insurance.

GIVEN: _____

REFUSED: _____

MODIFIED: _____

WITHDRAWN: _____

| | |
|---|---|
| Dated: July 13, 2017 | LITTLER MENDELSON, P.C. |
| | /s/ Aurelio Perez<br>AURELIO PEREZ |
| | Attorneys for Defendants<br>FIELD ASSET SERVICES, INC. AND<br>FIELD ASSET SERVICES, LLC |
| Dated: July 13, 2017 | DUCKWORTH PETERS LEBOWITZ OLIVIER, LLP |
| | /s/ Monique Olivier<br>MONIQUE OLIVIER |
| | Attorneys for Plaintiffs and the Certified Class |

Pursuant to Civil Local Rule 5-1(i)(3), the filer hereby attests that concurrence in the filing of this document has been obtained from all signatories.

Firmwide:148790799.4 066383.1035