UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FRED BOWERMAN, ET AL.,

          Plaintiffs,

    v.

FIELD ASSET SERVICES, INC., et al.,

          Defendants.

Case No.  13-cv-00057-WHO

**VERDICT FORM**

| | |
|---|---|
| 1 FRED BOWERMAN, ET AL., | Case No.  13-cv-00057-WHO |
| 2 Plaintiffs, | **VERDICT FORM** |
| 3 v. | |
| 4 | |
| 5 FIELD ASSET SERVICES, INC., et al., | |
| 6 Defendants. | |

**CLAIMANT FRED BOWERMAN**

**Qualifying Claimant** (see Instruction 13)

1. Is Claimant qualified for damages?          _____Yes                 _____No

If your answer is "Yes," continue to Question 2.  If "No," follow the instructions at the end of this Verdict Form.

**Nonpayment of Overtime Wages** (see Instructions 14–19, 27)

2. In total, during the limitations period from January 7, 2010 to December 20, 2016, how many hours (if any) in excess of 8 hours per day and up to 12 hours per day; 40 hours per week; and, up to 8 hours on the seventh day of work in one workweek did Claimant work for Defendants in California (Do not double count these hours; enter "0" if the answer is none)?          _____

3. In total, during the limitations period from January 7, 2010 to December 20, 2016, how many hours (if any) in excess of 12 hours per day or in excess of 8 hours on the seventh day of work in a workweek did Claimant work for Defendants in California (enter "0" if the answer is none)?

_____

4. What amount of unpaid overtime wages plus any pre-judgment interest in total, if any, do you find that Claimant is entitled to recover?  _____

If your answer to this question is "0", please go to Question 7.  Otherwise, proceed to Question 5.

2

**Waiting Time Penalties** (see Instructions 20–22, 27)

5. Did Field Asset Services willfully fail or refuse to pay any wages due to the Claimant at the time they were due?                    _____Yes                  _____No

6. What amount of waiting time penalties, if any, do you award to the Claimant?

   Amount: $_____

**Business Expenses** (see Instructions 23–27)

7. What amount of reasonable and necessary unreimbursed business expenses plus any pre-judgment interest in total, if any, do you award to the Claimant with respect to the expense categories below:

   a. Insurance:                         $_____

   b. Tools and Equipment          $_____

   c. Cell Phone Charges            $_____

   d. Dump Fees                         $_____

   e. Mileage                              $_____


Your deliberations are at an end for this Claimant.  Please check your answers carefully to ensure that they are accurate and that you have followed the Court's instructions.  The undersigned Presiding Juror affirms that the foregoing reflects the unanimous verdict of the jury.  Please proceed to the next Claimant's questions.


Dated:


                                                                    _____

                                                                    Presiding Juror

United States District Court
Northern District of California

3

FRED BOWERMAN, ET AL.,

                    Plaintiffs,

          v.

FIELD ASSET SERVICES, INC., et al.,

                    Defendants.

Case No.  13-cv-00057-WHO

**VERDICT FORM**

---

## CLAIMANT KENNETH FREEBORN

**Qualifying Claimant** (see Instruction 13)

1.  Is Claimant qualified for damages?        _____Yes              _____No

If your answer is "Yes," continue to Question 2.  If "No," follow the instructions at the end of this Verdict Form.

**Nonpayment of Overtime Wages** (see Instructions 14–19, 27)

2.  In total, during the limitations period from January 7, 2010 to December 20, 2016, how many hours (if any) in excess of 8 hours per day and up to 12 hours per day; 40 hours per week; and, up to 8 hours on the seventh day of work in one workweek did Claimant work for Defendants in California (Do not double count these hours; enter "0" if the answer is none)?        _____

3.  In total, during the limitations period from January 7, 2010 to December 20, 2016, how many hours (if any) in excess of 12 hours per day or in excess of 8 hours on the seventh day of work in a workweek did Claimant work for Defendants in California (enter "0" if the answer is none)?

_____

4.  What amount of unpaid overtime wages plus any pre-judgment interest in total, if any, do you find that Claimant is entitled to recover?  _____

If your answer to this question is "0", please go to Question 7.  Otherwise, proceed to Question 5.

United States District Court
Northern District of California

**Waiting Time Penalties** (see Instructions 20–22, 27)

5. Did Field Asset Services willfully fail or refuse to pay any wages due to the Claimant at the time they were due?                    _____Yes                    _____No

6. What amount of waiting time penalties, if any, do you award to the Claimant?

    Amount: $_____

**Business Expenses** (see Instructions 23–27)

7. What amount of reasonable and necessary unreimbursed business expenses plus any pre-judgment interest in total, if any, do you award to the Claimant with respect to the expense categories below:

    a.  Insurance:                        $_____

    b.  Tools and Equipment          $_____

    c.  Cell Phone Charges            $_____

    d.  Dump Fees                        $_____

    e.  Mileage                            $_____

Your deliberations are at an end for this Claimant.  Please check your answers carefully to ensure that they are accurate and that you have followed the Court's instructions.  The undersigned Presiding Juror affirms that the foregoing reflects the unanimous verdict of the jury.  Please proceed to the next Claimant's questions.

Dated:


                                                    _____
                                                    Presiding Juror

United States District Court
Northern District of California

5

| | |
|---|---|
| FRED BOWERMAN, ET AL., | Case No.  13-cv-00057-WHO |
| Plaintiffs, | **VERDICT FORM** |
| v. | |
| | |
| FIELD ASSET SERVICES, INC., et al., | |
| Defendants. | |

**CLAIMANT JAKE BESS**

**Qualifying Claimant** (see Instruction 13)

1.  Is Claimant qualified for damages?          _____Yes                  _____No

If your answer is "Yes," continue to Question 2.  If "No," follow the instructions at the end of this Verdict Form.

**Nonpayment of Overtime Wages** (see Instructions 14–19, 27)

2.  In total, during the limitations period from January 7, 2010 to December 20, 2016, how many hours (if any) in excess of 8 hours per day and up to 12 hours per day; 40 hours per week; and, up to 8 hours on the seventh day of work in one workweek did Claimant work for Defendants in California (Do not double count these hours; enter "0" if the answer is none)?          _____

3.  In total, during the limitations period from January 7, 2010 to December 20, 2016, how many hours (if any) in excess of 12 hours per day or in excess of 8 hours on the seventh day of work in a workweek did Claimant work for Defendants in California (enter "0" if the answer is none)?

_____

4.  What amount of unpaid overtime wages plus any pre-judgment interest in total, if any, do you find that Claimant is entitled to recover?  _____

If your answer to this question is "0", please go to Question 7.  Otherwise, proceed to Question 5.

United States District Court
Northern District of California

1

**Waiting Time Penalties** (see Instructions 20–22, 27)

2   5.   Did Field Asset Services willfully fail or refuse to pay any wages due to the Claimant at

3        the time they were due?                    _____Yes                    _____No

4   6.   What amount of waiting time penalties, if any, do you award to the Claimant?

5        Amount: $_____

6

**Business Expenses** (see Instructions 23–27)

7   7.   What amount of reasonable and necessary unreimbursed business expenses plus any pre-

8        judgment interest in total, if any, do you award to the Claimant with respect to the expense

9        categories below:

10           a.   Insurance:                        $_____

11           b.   Tools and Equipment              $_____

12           c.   Cell Phone Charges               $_____

13           d.   Dump Fees                        $_____

14           e.   Mileage                          $_____

15

16   Your deliberations are at an end for this Claimant.  Please check your answers carefully to ensure

17   that they are accurate and that you have followed the Court's instructions.  The undersigned

18   Presiding Juror affirms that the foregoing reflects the unanimous verdict of the jury.  Please

19   proceed to the next Claimant's questions.

20

21   Dated:

22

23                                                    _____

24                                                    Presiding Juror

25

26

27

28

United States District Court
Northern District of California

| | |
|---|---|
| 1   FRED BOWERMAN, ET AL., | Case No.  13-cv-00057-WHO |
| 2   Plaintiffs, | **VERDICT FORM** |
| 3   v. | |
| 4 | |
| 5   FIELD ASSET SERVICES, INC., et al., | |
| 6   Defendants. | |

**CLAIMANT LINDA DUNHAM**

**Qualifying Claimant** (see Instruction 13)

1.  Is Claimant qualified for damages?          _____Yes                 _____No

If your answer is "Yes," continue to Question 2.  If "No," follow the instructions at the end of this Verdict Form.

**Nonpayment of Overtime Wages** (see Instructions 14–19, 27)

2.  In total, during the limitations period from January 7, 2010 to December 20, 2016, how many hours (if any) in excess of 8 hours per day and up to 12 hours per day; 40 hours per week; and, up to 8 hours on the seventh day of work in one workweek did Claimant work for Defendants in California (Do not double count these hours; enter "0" if the answer is none)?          _____

3.  In total, during the limitations period from January 7, 2010 to December 20, 2016, how many hours (if any) in excess of 12 hours per day or in excess of 8 hours on the seventh day of work in a workweek did Claimant work for Defendants in California (enter "0" if the answer is none)?

_____

4.  What amount of unpaid overtime wages plus any pre-judgment interest in total, if any, do you find that Claimant is entitled to recover?  _____

If your answer to this question is "0", please go to Question 7.  Otherwise, proceed to Question 5.

United States District Court
Northern District of California

**Waiting Time Penalties** (see Instructions 20–22, 27)

5.  Did Field Asset Services willfully fail or refuse to pay any wages due to the Claimant at the time they were due?                    _____Yes                    _____No

6.  What amount of waiting time penalties, if any, do you award to the Claimant?

    Amount: $_____

**Business Expenses** (see Instructions 23–27)

7.  What amount of reasonable and necessary unreimbursed business expenses plus any pre-judgment interest in total, if any, do you award to the Claimant with respect to the expense categories below:

    a.  Insurance:                     $_____

    b.  Tools and Equipment      $_____

    c.  Cell Phone Charges        $_____

    d.  Dump Fees                     $_____

    e.  Mileage                          $_____

Your deliberations are at an end for this Claimant.  Please check your answers carefully to ensure that they are accurate and that you have followed the Court's instructions.  The undersigned Presiding Juror affirms that the foregoing reflects the unanimous verdict of the jury.  Please proceed to the next Claimant's questions.

Dated:


                                                                    _____

                                                                    Presiding Juror

United States District Court
Northern District of California

9

| 1 | FRED BOWERMAN, ET AL., | Case No.  13-cv-00057-WHO |
| 2 | Plaintiffs, | **VERDICT FORM** |
| 3 | v. | |
| 4 | | |
| 5 | FIELD ASSET SERVICES, INC., et al., | |
| 6 | Defendants. | |

United States District Court
Northern District of California

**CLAIMANT KIM MILLER**

**Qualifying Claimant** (see Instruction 13)

1.  Is Claimant qualified for damages?  _____Yes  _____No

If your answer is "Yes," continue to Question 2.  If "No," follow the instructions at the end of this Verdict Form.

**Nonpayment of Overtime Wages** (see Instructions 14–19, 27)

2.  In total, during the limitations period from January 7, 2010 to December 20, 2016, how many hours (if any) in excess of 8 hours per day and up to 12 hours per day; 40 hours per week; and, up to 8 hours on the seventh day of work in one workweek did Claimant work for Defendants in California (Do not double count these hours; enter "0" if the answer is none)?  _____

3.  In total, during the limitations period from January 7, 2010 to December 20, 2016, how many hours (if any) in excess of 12 hours per day or in excess of 8 hours on the seventh day of work in a workweek did Claimant work for Defendants in California (enter "0" if the answer is none)?

_____

4.  What amount of unpaid overtime wages plus any pre-judgment interest in total, if any, do you find that Claimant is entitled to recover?  _____

If your answer to this question is "0", please go to Question 7.  Otherwise, proceed to Question 5.

**Waiting Time Penalties** (see Instructions 20–22, 27)

5.  Did Field Asset Services willfully fail or refuse to pay any wages due to the Claimant at the time they were due?                  _____Yes                  _____No

6.  What amount of waiting time penalties, if any, do you award to the Claimant?

Amount: $_____

**Business Expenses** (see Instructions 23–27)

7.  What amount of reasonable and necessary unreimbursed business expenses plus any pre-judgment interest in total, if any, do you award to the Claimant with respect to the expense categories below:

a.  Insurance:                          $_____

b.  Tools and Equipment          $_____

c.  Cell Phone Charges            $_____

d.  Dump Fees                         $_____

e.  Mileage                              $_____

Your deliberations are at an end for this Claimant.  Please check your answers carefully to ensure that they are accurate and that you have followed the Court's instructions.  The undersigned Presiding Juror affirms that the foregoing reflects the unanimous verdict of the jury.  Please proceed to the next Claimant's questions.

Dated:

_____
Presiding Juror

United States District Court
Northern District of California

11

| | |
|---|---|
| FRED BOWERMAN, ET AL., | Case No.  13-cv-00057-WHO |
| Plaintiffs, | **VERDICT FORM** |
| v. | |
| | |
| FIELD ASSET SERVICES, INC., et al., | |
| Defendants. | |

## CLAIMANT MATT JACQUES

**Qualifying Claimant** (see Instruction 13)

1.  Is Claimant qualified for damages?      _____Yes            _____No

If your answer is "Yes," continue to Question 2.  If "No," follow the instructions at the end of this Verdict Form.

**Nonpayment of Overtime Wages** (see Instructions 14–19, 27)

2.  In total, during the limitations period from January 7, 2010 to December 20, 2016, how many hours (if any) in excess of 8 hours per day and up to 12 hours per day; 40 hours per week; and, up to 8 hours on the seventh day of work in one workweek did Claimant work for Defendants in California (Do not double count these hours; enter "0" if the answer is none)?      _____

3.  In total, during the limitations period from January 7, 2010 to December 20, 2016, how many hours (if any) in excess of 12 hours per day or in excess of 8 hours on the seventh day of work in a workweek did Claimant work for Defendants in California (enter "0" if the answer is none)?

    _____

4.  What amount of unpaid overtime wages plus any pre-judgment interest in total, if any, do you find that Claimant is entitled to recover?  _____

If your answer to this question is "0", please go to Question 7.  Otherwise, proceed to Question 5.

**Waiting Time Penalties** (see Instructions 20–22, 27)

5. Did Field Asset Services willfully fail or refuse to pay any wages due to the Claimant at the time they were due?                    _____Yes                 _____No

6. What amount of waiting time penalties, if any, do you award to the Claimant?

    Amount: $_____

**Business Expenses** (see Instructions 23–27)

7. What amount of reasonable and necessary unreimbursed business expenses plus any pre-judgment interest in total, if any, do you award to the Claimant with respect to the expense categories below:

    a.   Insurance:                       $_____

    b.   Tools and Equipment         $_____

    c.   Cell Phone Charges          $_____

    d.   Dump Fees                     $_____

    e.   Mileage                        $_____


Your deliberations are at an end for this Claimant.  Please check your answers carefully to ensure that they are accurate and that you have followed the Court's instructions.  The undersigned Presiding Juror affirms that the foregoing reflects the unanimous verdict of the jury.  Please proceed to the next Claimant's questions.


Dated:



_____

Presiding Juror

13

| | |
|---|---|
| FRED BOWERMAN, ET AL., | Case No.  13-cv-00057-WHO |
| Plaintiffs, | **VERDICT FORM** |
| v. | |
| | |
| FIELD ASSET SERVICES, INC., et al., | |
| Defendants. | |

**CLAIMANT JANEEN CLOUD**

**Qualifying Claimant** (see Instruction 13)

1.  Is Claimant qualified for damages?         _____Yes                  _____No

If your answer is "Yes," continue to Question 2.  If "No," follow the instructions at the end of this Verdict Form.

**Nonpayment of Overtime Wages** (see Instructions 14–19, 27)

2.  In total, during the limitations period from January 7, 2010 to December 20, 2016, how many hours (if any) in excess of 8 hours per day and up to 12 hours per day; 40 hours per week; and, up to 8 hours on the seventh day of work in one workweek did Claimant work for Defendants in California (Do not double count these hours; enter "0" if the answer is none)?         _____

3.  In total, during the limitations period from January 7, 2010 to December 20, 2016, how many hours (if any) in excess of 12 hours per day or in excess of 8 hours on the seventh day of work in a workweek did Claimant work for Defendants in California (enter "0" if the answer is none)?

    _____

4.  What amount of unpaid overtime wages plus any pre-judgment interest in total, if any, do you find that Claimant is entitled to recover?  _____

If your answer to this question is "0", please go to Question 7.  Otherwise, proceed to Question 5.

14

**Waiting Time Penalties** (see Instructions 20–22, 27)

5.   Did Field Asset Services willfully fail or refuse to pay any wages due to the Claimant at the time they were due?                    _____Yes                    _____No

6.   What amount of waiting time penalties, if any, do you award to the Claimant?

Amount: $_____

**Business Expenses** (see Instructions 23–27)

7.   What amount of reasonable and necessary unreimbursed business expenses plus any pre-judgment interest in total, if any, do you award to the Claimant with respect to the expense categories below:

    a.   Insurance:                    $_____

    b.   Tools and Equipment          $_____

    c.   Cell Phone Charges           $_____

    d.   Dump Fees                    $_____

    e.   Mileage                      $_____


Your deliberations are at an end for this Claimant.  Please check your answers carefully to ensure that they are accurate and that you have followed the Court's instructions.  The undersigned Presiding Juror affirms that the foregoing reflects the unanimous verdict of the jury.  Please proceed to the next Claimant's questions.


Dated:



_____
Presiding Juror

United States District Court
Northern District of California

| | |
|---|---|
| 1 | FRED BOWERMAN, ET AL., | Case No.  13-cv-00057-WHO |
| 2 | Plaintiffs, | **VERDICT FORM** |
| 3 | v. | |
| 4 | | |
| 5 | FIELD ASSET SERVICES, INC., et al., | |
| 6 | Defendants. | |

United States District Court
Northern District of California

**CLAIMANT ANTHONY YAGER**

**Qualifying Claimant** (see Instruction 13)

1.  Is Claimant qualified for damages?        _____Yes            _____No

If your answer is "Yes," continue to Question 2.  If "No," follow the instructions at the end of this Verdict Form.

**Nonpayment of Overtime Wages** (see Instructions 14–19, 27)

2.  In total, during the limitations period from January 7, 2010 to December 20, 2016, how many hours (if any) in excess of 8 hours per day and up to 12 hours per day; 40 hours per week; and, up to 8 hours on the seventh day of work in one workweek did Claimant work for Defendants in California (Do not double count these hours; enter "0" if the answer is none)?        _____

3.  In total, during the limitations period from January 7, 2010 to December 20, 2016, how many hours (if any) in excess of 12 hours per day or in excess of 8 hours on the seventh day of work in a workweek did Claimant work for Defendants in California (enter "0" if the answer is none)?

_____

4.  What amount of unpaid overtime wages plus any pre-judgment interest in total, if any, do you find that Claimant is entitled to recover?  _____

If your answer to this question is "0", please go to Question 7.  Otherwise, proceed to Question 5.

**Waiting Time Penalties** (see Instructions 20–22, 27)

5.  Did Field Asset Services willfully fail or refuse to pay any wages due to the Claimant at the time they were due?                _____Yes                _____No

6.  What amount of waiting time penalties, if any, do you award to the Claimant?

    Amount: $_____

**Business Expenses** (see Instructions 23–27)

7.  What amount of reasonable and necessary unreimbursed business expenses plus any pre-judgment interest in total, if any, do you award to the Claimant with respect to the expense categories below:

    a.  Insurance:                $_____

    b.  Tools and Equipment       $_____

    c.  Cell Phone Charges        $_____

    d.  Dump Fees                 $_____

    e.  Mileage                   $_____


Your deliberations are at an end for this Claimant.  Please check your answers carefully to ensure that they are accurate and that you have followed the Court's instructions.  The undersigned Presiding Juror affirms that the foregoing reflects the unanimous verdict of the jury.  Please proceed to the next Claimant's questions.


Dated:


                                        _____

                                        Presiding Juror

United States District Court
Northern District of California

17

United States District Court
Northern District of California

1   FRED BOWERMAN, ET AL.,            Case No.  13-cv-00057-WHO

2   Plaintiffs,                      **VERDICT FORM**

3   v.

4

5   FIELD ASSET SERVICES, INC., et al.,

6   Defendants.

7

8   **CLAIMANT JOHN GOWAN**

9                    **Qualifying Claimant** (see Instruction 13)

10      1.  Is Claimant qualified for damages?        _____Yes                _____No

11  If your answer is "Yes," continue to Question 2.  If "No," follow the instructions at the end of this

12  Verdict Form.

13                  **Nonpayment of Overtime Wages** (see Instructions 14–19, 27)

14      2.  In total, during the limitations period from January 7, 2010 to December 20, 2016, how

15          many hours (if any) in excess of 8 hours per day and up to 12 hours per day; 40 hours per

16          week; and, up to 8 hours on the seventh day of work in one workweek did Claimant work

17          for Defendants in California (Do not double count these hours; enter "0" if the answer is

18          none)?        _____

19      3.  In total, during the limitations period from January 7, 2010 to December 20, 2016, how

20          many hours (if any) in excess of 12 hours per day or in excess of 8 hours on the seventh

21          day of work in a workweek did Claimant work for Defendants in California (enter "0" if

22          the answer is none)?

23      _____

24      4.  What amount of unpaid overtime wages plus any pre-judgment interest in total, if any, do

25          you find that Claimant is entitled to recover?  _____

26

27  If your answer to this question is "0", please go to Question 7.  Otherwise, proceed to Question 5.

28

18

**Waiting Time Penalties** (see Instructions 20–22, 27)

5.  Did Field Asset Services willfully fail or refuse to pay any wages due to the Claimant at the time they were due?                    _____Yes                  _____No

6.  What amount of waiting time penalties, if any, do you award to the Claimant?

Amount: $_____

**Business Expenses** (see Instructions 23–27)

7.  What amount of reasonable and necessary unreimbursed business expenses plus any pre-judgment interest in total, if any, do you award to the Claimant with respect to the expense categories below:

    a.  Insurance:                         $_____

    b.  Tools and Equipment            $_____

    c.  Cell Phone Charges             $_____

    d.  Dump Fees                      $_____

    e.  Mileage                        $_____

Your deliberations are at an end for this Claimant.  Please check your answers carefully to ensure that they are accurate and that you have followed the Court's instructions.  The undersigned Presiding Juror affirms that the foregoing reflects the unanimous verdict of the jury.  Please proceed to the next Claimant's questions.

Dated:

_____
Presiding Juror

| | |
|---|---|
| 1 FRED BOWERMAN, ET AL., | Case No.  13-cv-00057-WHO |
| 2 Plaintiffs, | **VERDICT FORM** |
| 3 v. | |
| 4 | |
| 5 FIELD ASSET SERVICES, INC., et al., | |
| 6 Defendants. | |

7

## CLAIMANT AMY GOWAN

8

**Qualifying Claimant** (see Instruction 13)

9

1.   Is Claimant qualified for damages?          _____Yes                _____No

10

If your answer is "Yes," continue to Question 2.  If "No," follow the instructions at the end of this

11

Verdict Form.

12

**Nonpayment of Overtime Wages** (see Instructions 14–19, 27)

13

2.   In total, during the limitations period from January 7, 2010 to December 20, 2016, how

14

many hours (if any) in excess of 8 hours per day and up to 12 hours per day; 40 hours per

15

week; and, up to 8 hours on the seventh day of work in one workweek did Claimant work

16

for Defendants in California (Do not double count these hours; enter "0" if the answer is

17

none)?          _____

18

3.   In total, during the limitations period from January 7, 2010 to December 20, 2016, how

19

many hours (if any) in excess of 12 hours per day or in excess of 8 hours on the seventh

20

day of work in a workweek did Claimant work for Defendants in California (enter "0" if

21

the answer is none)?

22

_____

23

4.   What amount of unpaid overtime wages plus any pre-judgment interest in total, if any, do

24

you find that Claimant is entitled to recover?  _____

25

26

If your answer to this question is "0", please go to Question 7.  Otherwise, proceed to Question 5.

27

28

United States District Court
Northern District of California

**Waiting Time Penalties** (see Instructions 20–22, 27)

5. Did Field Asset Services willfully fail or refuse to pay any wages due to the Claimant at the time they were due?                    _____Yes                    _____No

6. What amount of waiting time penalties, if any, do you award to the Claimant?
   Amount: $_____

**Business Expenses** (see Instructions 23–27)

7. What amount of reasonable and necessary unreimbursed business expenses plus any pre-judgment interest in total, if any, do you award to the Claimant with respect to the expense categories below:

    a.  Insurance:                    $_____

    b.  Tools and Equipment          $_____

    c.  Cell Phone Charges           $_____

    d.  Dump Fees                    $_____

    e.  Mileage                      $_____

Your deliberations are at an end for this Claimant.  Please check your answers carefully to ensure that they are accurate and that you have followed the Court's instructions.  The undersigned Presiding Juror affirms that the foregoing reflects the unanimous verdict of the jury.  Please proceed to the next Claimant's questions.

Dated:

_____
Presiding Juror

United States District Court
Northern District of California

| | |
|---|---|
| 1   FRED BOWERMAN, ET AL., | Case No.  13-cv-00057-WHO |
| 2   Plaintiffs, | **VERDICT FORM** |
| 3   v. | |
| 4   | |
| 5   FIELD ASSET SERVICES, INC., et al., | |
| 6   Defendants. | |

## CLAIMANT MATT COHICK

**Qualifying Claimant** (see Instruction 13)

1.   Is Claimant qualified for damages?         _____Yes               _____No

If your answer is "Yes," continue to Question 2.  If "No," follow the instructions at the end of this Verdict Form.

**Nonpayment of Overtime Wages** (see Instructions 14–19, 27)

2.   In total, during the limitations period from January 7, 2010 to December 20, 2016, how many hours (if any) in excess of 8 hours per day and up to 12 hours per day; 40 hours per week; and, up to 8 hours on the seventh day of work in one workweek did Claimant work for Defendants in California (Do not double count these hours; enter "0" if the answer is none)?         _____

3.   In total, during the limitations period from January 7, 2010 to December 20, 2016, how many hours (if any) in excess of 12 hours per day or in excess of 8 hours on the seventh day of work in a workweek did Claimant work for Defendants in California (enter "0" if the answer is none)?

_____

4.   What amount of unpaid overtime wages plus any pre-judgment interest in total, if any, do you find that Claimant is entitled to recover?  _____

If your answer to this question is "0", please go to Question 7.  Otherwise, proceed to Question 5.

**Waiting Time Penalties** (see Instructions 20–22, 27)

5. Did Field Asset Services willfully fail or refuse to pay any wages due to the Claimant at the time they were due?                 _____Yes                 _____No

6. What amount of waiting time penalties, if any, do you award to the Claimant?
   Amount: $_____

**Business Expenses** (see Instructions 23–27)

7. What amount of reasonable and necessary unreimbursed business expenses plus any pre-judgment interest in total, if any, do you award to the Claimant with respect to the expense categories below:

   a. Insurance:                $_____

   b. Tools and Equipment       $_____

   c. Cell Phone Charges        $_____

   d. Dump Fees                 $_____

   e. Mileage                   $_____


Your deliberations are at an end for this Claimant.  Please check your answers carefully to ensure that they are accurate and that you have followed the Court's instructions.  The undersigned Presiding Juror affirms that the foregoing reflects the unanimous verdict of the jury.  The Presiding Juror should confirm that the jury's verdict for each Claimant is completed as instructed, and notify the Courtroom Deputy or Bailiff.

Dated:


_____
Presiding Juror