United States District Court
Northern District of California

1
2
3
4                    UNITED STATES DISTRICT COURT

5                   NORTHERN DISTRICT OF CALIFORNIA

6

7    FRED BOWERMAN, ET AL.,              Case No.  13-cv-00057-WHO

8              Plaintiffs,

9         v.                            **VERDICT FORM**

10   FIELD ASSET SERVICES, INC., et al.,

11             Defendants.

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| | |
|---|---|
| FRED BOWERMAN, ET AL., | Case No. 13-cv-00057-WHO |
| Plaintiffs, | **VERDICT FORM** |
| v. | |
| FIELD ASSET SERVICES, INC., et al., | |
| Defendants. | |

**CLAIMANT FRED BOWERMAN**

**Qualifying Claimant** (see Instruction 13)

1. Is Claimant qualified for damages?    ✓ Yes    _____ No

If your answer is "Yes," continue to Question 2. If "No," follow the instructions at the end of this Verdict Form.

**Nonpayment of Overtime Wages** (see Instructions 14–19, 27)

2. In total, during the limitations period from January 7, 2010 to December 20, 2016, how many hours (if any) in excess of 8 hours per day and up to 12 hours per day; 40 hours per week; and, up to 8 hours on the seventh day of work in one workweek did Claimant work for Defendants in California (Do not double count these hours; enter "0" if the answer is none)?    _4336_

3. In total, during the limitations period from January 7, 2010 to December 20, 2016, how many hours (if any) in excess of 12 hours per day or in excess of 8 hours on the seventh day of work in a workweek did Claimant work for Defendants in California (enter "0" if the answer is none)?
   _509_

4. What amount of unpaid overtime wages plus any pre-judgment interest in total, if any, do you find that Claimant is entitled to recover?    _$98,615_

If your answer to this question is "0", please go to Question 7. Otherwise, proceed to Question 5.

**Waiting Time Penalties** (see Instructions 20–22, 27)

5. Did Field Asset Services willfully fail or refuse to pay any wages due to the Claimant at the time they were due?        ✓ Yes            No

6. What amount of waiting time penalties, if any, do you award to the Claimant?

   Amount: $ 1,920

**Business Expenses** (see Instructions 23–27)

7. What amount of reasonable and necessary unreimbursed business expenses plus any pre-judgment interest in total, if any, do you award to the Claimant with respect to the expense categories below:

   a. Insurance:              $ 4,609
   b. Tools and Equipment     $ 36,055
   c. Cell Phone Charges      $ 4,302
   d. Dump Fees               $ 18,533
   e. Mileage                 $ 95,247

Your deliberations are at an end for this Claimant.  Please check your answers carefully to ensure that they are accurate and that you have followed the Court's instructions.  The undersigned Presiding Juror affirms that the foregoing reflects the unanimous verdict of the jury.  Please proceed to the next Claimant's questions.

Dated:

7/17/2017

_Bruno Schumm_
Presiding Juror

| | |
|---|---|
| FRED BOWERMAN, ET AL.,<br><br>Plaintiffs,<br><br>v.<br><br>FIELD ASSET SERVICES, INC., et al.,<br>Defendants. | Case No. <u>13-cv-00057-WHO</u><br><br>**VERDICT FORM** |

## CLAIMANT KENNETH FREEBORN

**Qualifying Claimant** (see Instruction 13)

1. Is Claimant qualified for damages?    ✓ Yes        _____ No

If your answer is "Yes," continue to Question 2. If "No," follow the instructions at the end of this Verdict Form.

**Nonpayment of Overtime Wages** (see Instructions 14–19, 27)

2. In total, during the limitations period from January 7, 2010 to December 20, 2016, how many hours (if any) in excess of 8 hours per day and up to 12 hours per day; 40 hours per week; and, up to 8 hours on the seventh day of work in one workweek did Claimant work for Defendants in California (Do not double count these hours; enter "0" if the answer is none)?    _____1320_____

3. In total, during the limitations period from January 7, 2010 to December 20, 2016, how many hours (if any) in excess of 12 hours per day or in excess of 8 hours on the seventh day of work in a workweek did Claimant work for Defendants in California (enter "0" if the answer is none)?
   _____495_____

4. What amount of unpaid overtime wages plus any pre-judgment interest in total, if any, do you find that Claimant is entitled to recover?   $40,869 _____

If your answer to this question is "0", please go to Question 7. Otherwise, proceed to Question 5.

4

United States District Court
Northern District of California

1

**Waiting Time Penalties** (see Instructions 20–22, 27)

2    5.  Did Field Asset Services willfully fail or refuse to pay any wages due to the Claimant at

3    the time they were due?            ✓ Yes                    No

4    6.  What amount of waiting time penalties, if any, do you award to the Claimant?

5    Amount: $ 1,920

6

**Business Expenses** (see Instructions 23–27)

7    7.  What amount of reasonable and necessary unreimbursed business expenses plus any pre-

8    judgment interest in total, if any, do you award to the Claimant with respect to the expense

9    categories below:

10       a.  Insurance:              $ 3,444

11       b.  Tools and Equipment     $ 3,820

12       c.  Cell Phone Charges      $ 3,444

13       d.  Dump Fees               $ 3,444

14       e.  Mileage                 $ 24,461

15

16   Your deliberations are at an end for this Claimant.  Please check your answers carefully to ensure

17   that they are accurate and that you have followed the Court's instructions.  The undersigned

18   Presiding Juror affirms that the foregoing reflects the unanimous verdict of the jury.  Please

19   proceed to the next Claimant's questions.

20

21   Dated:

22   7/17/2017

23                                              Brent Summers

24                                              Presiding Juror

25

26

27

28

| | |
|---|---|
| 1 | FRED BOWERMAN, ET AL., | Case No. 13-cv-00057-WHO |
| 2 | Plaintiffs, | **VERDICT FORM** |
| 3 | v. | |
| 4 | | |
| 5 | FIELD ASSET SERVICES, INC., et al., | |
| 6 | Defendants. | |

**CLAIMANT JAKE BESS**

**Qualifying Claimant** (see Instruction 13)

1. Is Claimant qualified for damages? ____✓____ Yes          _____ No

If your answer is "Yes," continue to Question 2. If "No," follow the instructions at the end of this Verdict Form.

**Nonpayment of Overtime Wages** (see Instructions 14–19, 27)

2. In total, during the limitations period from January 7, 2010 to December 20, 2016, how many hours (if any) in excess of 8 hours per day and up to 12 hours per day; 40 hours per week; and, up to 8 hours on the seventh day of work in one workweek did Claimant work for Defendants in California (Do not double count these hours; enter "0" if the answer is none)? _____1,380_____

3. In total, during the limitations period from January 7, 2010 to December 20, 2016, how many hours (if any) in excess of 12 hours per day or in excess of 8 hours on the seventh day of work in a workweek did Claimant work for Defendants in California (enter "0" if the answer is none)?

_____0_____

4. What amount of unpaid overtime wages plus any pre-judgment interest in total, if any, do you find that Claimant is entitled to recover? $27,797

If your answer to this question is "0", please go to Question 7. Otherwise, proceed to Question 5.

United States District Court
Northern District of California

6

United States District Court
Northern District of California

**Waiting Time Penalties** (see Instructions 20–22, 27)

5.  Did Field Asset Services willfully fail or refuse to pay any wages due to the Claimant at the time they were due? _____✓ Yes _____ No

6.  What amount of waiting time penalties, if any, do you award to the Claimant? Amount: $ 1,920

**Business Expenses** (see Instructions 23–27)

7.  What amount of reasonable and necessary unreimbursed business expenses plus any pre-judgment interest in total, if any, do you award to the Claimant with respect to the expense categories below:

    a.  Insurance: $ 2,508

    b.  Tools and Equipment $ 24,960

    c.  Cell Phone Charges $ ~~6,454~~ 5,459

    d.  Dump Fees $ 4,747

    e.  Mileage $ 13,273

Your deliberations are at an end for this Claimant. Please check your answers carefully to ensure that they are accurate and that you have followed the Court's instructions. The undersigned Presiding Juror affirms that the foregoing reflects the unanimous verdict of the jury. Please proceed to the next Claimant's questions.

Dated:
7/17/2017

_____
Presiding Juror

7

| | |
|---|---|
| 1 | FRED BOWERMAN, ET AL., |
| 2 | Plaintiffs, |
| 3 | v. |
| 4 | |
| 5 | FIELD ASSET SERVICES, INC., et al., |
| 6 | Defendants. |

Case No. <u>13-cv-00057-WHO</u>

**VERDICT FORM**

**CLAIMANT LINDA DUNHAM**

**Qualifying Claimant** (see Instruction 13)

1. Is Claimant qualified for damages? ____✓____ Yes _____ No

If your answer is "Yes," continue to Question 2. If "No," follow the instructions at the end of this Verdict Form.

**Nonpayment of Overtime Wages** (see Instructions 14–19, 27)

2. In total, during the limitations period from January 7, 2010 to December 20, 2016, how many hours (if any) in excess of 8 hours per day and up to 12 hours per day; 40 hours per week; and, up to 8 hours on the seventh day of work in one workweek did Claimant work for Defendants in California (Do not double count these hours; enter "0" if the answer is none)? _____3434_____

3. In total, during the limitations period from January 7, 2010 to December 20, 2016, how many hours (if any) in excess of 12 hours per day or in excess of 8 hours on the seventh day of work in a workweek did Claimant work for Defendants in California (enter "0" if the answer is none)? _____303_____

4. What amount of unpaid overtime wages plus any pre-judgment interest in total, if any, do you find that Claimant is entitled to recover? _____$75,148_____

If your answer to this question is "0", please go to Question 7. Otherwise, proceed to Question 5.

8

**Waiting Time Penalties** (see Instructions 20–22, 27)

5.  Did Field Asset Services willfully fail or refuse to pay any wages due to the Claimant at the time they were due?  ____✓____ Yes  _____ No

6.  What amount of waiting time penalties, if any, do you award to the Claimant?

Amount: $ 1,920

**Business Expenses** (see Instructions 23–27)

7.  What amount of reasonable and necessary unreimbursed business expenses plus any pre-judgment interest in total, if any, do you award to the Claimant with respect to the expense categories below:

    a.   Insurance:                 $ 3459

    b.   Tools and Equipment     $ 36,375

    c.   Cell Phone Charges      $ 2,133

    d.   Dump Fees              $ 11,608

    e.   Mileage                 $ 96,156

Your deliberations are at an end for this Claimant.  Please check your answers carefully to ensure that they are accurate and that you have followed the Court's instructions.  The undersigned Presiding Juror affirms that the foregoing reflects the unanimous verdict of the jury.  Please proceed to the next Claimant's questions.

Dated:

7/17/2017

Brax Summ

Presiding Juror

United States District Court
Northern District of California

| | |
|---|---|
| FRED BOWERMAN, ET AL., | Case No. 13-cv-00057-WHO |
| Plaintiffs, | **VERDICT FORM** |
| v. | |
| FIELD ASSET SERVICES, INC., et al., | |
| Defendants. | |

## CLAIMANT KIM MILLER

### Qualifying Claimant (see Instruction 13)

1. Is Claimant qualified for damages?  ✓ Yes  _____ No

If your answer is "Yes," continue to Question 2. If "No," follow the instructions at the end of this Verdict Form.

### Nonpayment of Overtime Wages (see Instructions 14–19, 27)

2. In total, during the limitations period from January 7, 2010 to December 20, 2016, how many hours (if any) in excess of 8 hours per day and up to 12 hours per day; 40 hours per week; and, up to 8 hours on the seventh day of work in one workweek did Claimant work for Defendants in California (Do not double count these hours; enter "0" if the answer is none)?  ___6,032___

3. In total, during the limitations period from January 7, 2010 to December 20, 2016, how many hours (if any) in excess of 12 hours per day or in excess of 8 hours on the seventh day of work in a workweek did Claimant work for Defendants in California (enter "0" if the answer is none)?  ___624___

4. What amount of unpaid overtime wages plus any pre-judgment interest in total, if any, do you find that Claimant is entitled to recover?  ___$126,861___

If your answer to this question is "0", please go to Question 7. Otherwise, proceed to Question 5.

10

United States District Court
Northern District of California

**Waiting Time Penalties** (see Instructions 20–22, 27)

5. Did Field Asset Services willfully fail or refuse to pay any wages due to the Claimant at the time they were due?        ✓ Yes                    No

6. What amount of waiting time penalties, if any, do you award to the Claimant?

   Amount: $ 2,160

**Business Expenses** (see Instructions 23–27)

7. What amount of reasonable and necessary unreimbursed business expenses plus any pre-judgment interest in total, if any, do you award to the Claimant with respect to the expense categories below:

   a.  Insurance:                  $ 13,756
   b.  Tools and Equipment         $ 23,088
   c.  Cell Phone Charges          $ 5,013
   d.  Dump Fees                   $ 16,327
   e.  Mileage                     $ 141,596

Your deliberations are at an end for this Claimant.  Please check your answers carefully to ensure that they are accurate and that you have followed the Court's instructions.  The undersigned Presiding Juror affirms that the foregoing reflects the unanimous verdict of the jury.  Please proceed to the next Claimant's questions.

Dated:

7/17/2017

_____
Presiding Juror

11

United States District Court
Northern District of California

| | |
|---|---|
| FRED BOWERMAN, ET AL., | Case No. 13-cv-00057-WHO |
| Plaintiffs, | **VERDICT FORM** |
| v. | |
| | |
| FIELD ASSET SERVICES, INC., et al., | |
| Defendants. | |

### CLAIMANT MATT JACQUES

**Qualifying Claimant** (see Instruction 13)

1. Is Claimant qualified for damages?  ✓ Yes  _____ No

If your answer is "Yes," continue to Question 2. If "No," follow the instructions at the end of this Verdict Form.

**Nonpayment of Overtime Wages** (see Instructions 14–19, 27)

2. In total, during the limitations period from January 7, 2010 to December 20, 2016, how many hours (if any) in excess of 8 hours per day and up to 12 hours per day; 40 hours per week; and, up to 8 hours on the seventh day of work in one workweek did Claimant work for Defendants in California (Do not double count these hours; enter "0" if the answer is none)?  __3,105__

3. In total, during the limitations period from January 7, 2010 to December 20, 2016, how many hours (if any) in excess of 12 hours per day or in excess of 8 hours on the seventh day of work in a workweek did Claimant work for Defendants in California (enter "0" if the answer is none)?  __287.5__

4. What amount of unpaid overtime wages plus any pre-judgment interest in total, if any, do you find that Claimant is entitled to recover?  $ 68,374

If your answer to this question is "0", please go to Question 7. Otherwise, proceed to Question 5.

12

**Waiting Time Penalties** (see Instructions 20–22, 27)

5. Did Field Asset Services willfully fail or refuse to pay any wages due to the Claimant at the time they were due?        ✓ Yes        _____ No

6. What amount of waiting time penalties, if any, do you award to the Claimant?

   Amount: $ 1,920

**Business Expenses** (see Instructions 23–27)

7. What amount of reasonable and necessary unreimbursed business expenses plus any pre-judgment interest in total, if any, do you award to the Claimant with respect to the expense categories below:

   a.  Insurance:              $ 4696
   b.  Tools and Equipment      $ 11,434
   c.  Cell Phone Charges       $ 3381
   d.  Dump Fees               $ 11,434
   e.  Mileage                 $ 71,342

Your deliberations are at an end for this Claimant.  Please check your answers carefully to ensure that they are accurate and that you have followed the Court's instructions.  The undersigned Presiding Juror affirms that the foregoing reflects the unanimous verdict of the jury.  Please proceed to the next Claimant's questions.

Dated:

7/17/2017

_____
Presiding Juror

United States District Court
Northern District of California

13

<div style="float: left">United States District Court<br>Northern District of California</div>

| | |
|---|---|
| FRED BOWERMAN, ET AL., | Case No.  13-cv-00057-WHO |
| Plaintiffs, | **VERDICT FORM** |
| v. | |
| | |
| FIELD ASSET SERVICES, INC., et al., | |
| Defendants. | |

## CLAIMANT JANEEN CLOUD

### Qualifying Claimant (see Instruction 13)

1. Is Claimant qualified for damages?  ✓ Yes _____ No

If your answer is "Yes," continue to Question 2. If "No," follow the instructions at the end of this Verdict Form.

### Nonpayment of Overtime Wages (see Instructions 14–19, 27)

2. In total, during the limitations period from January 7, 2010 to December 20, 2016, how many hours (if any) in excess of 8 hours per day and up to 12 hours per day; 40 hours per week; and, up to 8 hours on the seventh day of work in one workweek did Claimant work for Defendants in California (Do not double count these hours; enter "0" if the answer is none)?     3,748.5

3. In total, during the limitations period from January 7, 2010 to December 20, 2016, how many hours (if any) in excess of 12 hours per day or in excess of 8 hours on the seventh day of work in a workweek did Claimant work for Defendants in California (enter "0" if the answer is none)?
   595

4. What amount of unpaid overtime wages plus any pre-judgment interest in total, if any, do you find that Claimant is entitled to recover?   $ 89,210

If your answer to this question is "0", please go to Question 7. Otherwise, proceed to Question 5.

14

**Waiting Time Penalties** (see Instructions 20–22, 27)

5. Did Field Asset Services willfully fail or refuse to pay any wages due to the Claimant at the time they were due?  ✓ Yes  _____ No

6. What amount of waiting time penalties, if any, do you award to the Claimant?

   Amount: $ 1,920

**Business Expenses** (see Instructions 23–27)

7. What amount of reasonable and necessary unreimbursed business expenses plus any pre-judgment interest in total, if any, do you award to the Claimant with respect to the expense categories below:

   a. Insurance: $ 10,579

   b. Tools and Equipment: $ 26,196

   c. Cell Phone Charges: $ 4,125

   d. Dump Fees: $ 21,853

   e. Mileage: $ 100,179

Your deliberations are at an end for this Claimant. Please check your answers carefully to ensure that they are accurate and that you have followed the Court's instructions. The undersigned Presiding Juror affirms that the foregoing reflects the unanimous verdict of the jury. Please proceed to the next Claimant's questions.

Dated:

7/17/2017

_____
Presiding Juror

United States District Court
Northern District of California

15

|  |  |
|---|---|
| FRED BOWERMAN, ET AL., | Case No. 13-cv-00057-WHO |
| Plaintiffs, | **VERDICT FORM** |
| v. | |
| FIELD ASSET SERVICES, INC., et al., | |
| Defendants. | |

## CLAIMANT ANTHONY YAGER

### Qualifying Claimant (see Instruction 13)

1. Is Claimant qualified for damages?   ✓ Yes   _____ No

If your answer is "Yes," continue to Question 2. If "No," follow the instructions at the end of this Verdict Form.

### Nonpayment of Overtime Wages (see Instructions 14–19, 27)

2. In total, during the limitations period from January 7, 2010 to December 20, 2016, how many hours (if any) in excess of 8 hours per day and up to 12 hours per day; 40 hours per week; and, up to 8 hours on the seventh day of work in one workweek did Claimant work for Defendants in California (Do not double count these hours; enter "0" if the answer is none)?   _____1818_____

3. In total, during the limitations period from January 7, 2010 to December 20, 2016, how many hours (if any) in excess of 12 hours per day or in excess of 8 hours on the seventh day of work in a workweek did Claimant work for Defendants in California (enter "0" if the answer is none)?   _____∅_____

4. What amount of unpaid overtime wages plus any pre-judgment interest in total, if any, do you find that Claimant is entitled to recover?   $ 36,070

If your answer to this question is "0", please go to Question 7. Otherwise, proceed to Question 5.

16

United States District Court
Northern District of California

**Waiting Time Penalties** (see Instructions 20–22, 27)

5. Did Field Asset Services willfully fail or refuse to pay any wages due to the Claimant at the time they were due?  ✓ Yes  _____ No

6. What amount of waiting time penalties, if any, do you award to the Claimant?

   Amount: $ 1,920

**Business Expenses** (see Instructions 23–27)

7. What amount of reasonable and necessary unreimbursed business expenses plus any pre-judgment interest in total, if any, do you award to the Claimant with respect to the expense categories below:

   a. Insurance: $ 11,489

   b. Tools and Equipment $ 36,375

   c. Cell Phone Charges $ 3,348

   d. Dump Fees $ 25,793

   e. Mileage $ 43,929

Your deliberations are at an end for this Claimant. Please check your answers carefully to ensure that they are accurate and that you have followed the Court's instructions. The undersigned Presiding Juror affirms that the foregoing reflects the unanimous verdict of the jury. Please proceed to the next Claimant's questions.

Dated:

7/17/2017

_Presiding Juror_

United States District Court
Northern District of California

17

| | |
|---|---|
| FRED BOWERMAN, ET AL., | Case No. 13-cv-00057-WHO |
| Plaintiffs, | **VERDICT FORM** |
| v. | |
| FIELD ASSET SERVICES, INC., et al., | |
| Defendants. | |

**CLAIMANT JOHN GOWAN**

**Qualifying Claimant** (see Instruction 13)

1. Is Claimant qualified for damages?  ✓ Yes  _____ No

If your answer is "Yes," continue to Question 2. If "No," follow the instructions at the end of this Verdict Form.

**Nonpayment of Overtime Wages** (see Instructions 14–19, 27)

2. In total, during the limitations period from January 7, 2010 to December 20, 2016, how many hours (if any) in excess of 8 hours per day and up to 12 hours per day; 40 hours per week; and, up to 8 hours on the seventh day of work in one workweek did Claimant work for Defendants in California (Do not double count these hours; enter "0" if the answer is none)?  ___1,655___

3. In total, during the limitations period from January 7, 2010 to December 20, 2016, how many hours (if any) in excess of 12 hours per day or in excess of 8 hours on the seventh day of work in a workweek did Claimant work for Defendants in California (enter "0" if the answer is none)?

___0___

4. What amount of unpaid overtime wages plus any pre-judgment interest in total, if any, do you find that Claimant is entitled to recover? $ 32,842

If your answer to this question is "0", please go to Question 7. Otherwise, proceed to Question 5.

18

United States District Court
Northern District of California

**Waiting Time Penalties** (see Instructions 20–22, 27)

5. Did Field Asset Services willfully fail or refuse to pay any wages due to the Claimant at the time they were due?  ___✓___Yes  _____No

6. What amount of waiting time penalties, if any, do you award to the Claimant?
   Amount: $ 1,920

**Business Expenses** (see Instructions 23–27)

7. What amount of reasonable and necessary unreimbursed business expenses plus any pre-judgment interest in total, if any, do you award to the Claimant with respect to the expense categories below:

   a. Insurance: $ 11,309

   b. Tools and Equipment $ 11,574

   c. Cell Phone Charges $ 3,833

   d. Dump Fees $ 658

   e. Mileage $ 35,977

Your deliberations are at an end for this Claimant. Please check your answers carefully to ensure that they are accurate and that you have followed the Court's instructions. The undersigned Presiding Juror affirms that the foregoing reflects the unanimous verdict of the jury. Please proceed to the next Claimant's questions.

Dated:
7/17/2017

_____
Presiding Juror

United States District Court
Northern District of California

United States District Court
Northern District of California

| | |
|---|---|
| FRED BOWERMAN, ET AL., | Case No. 13-cv-00057-WHO |
| Plaintiffs, | **VERDICT FORM** |
| v. | |
| FIELD ASSET SERVICES, INC., et al., | |
| Defendants. | |

## CLAIMANT AMY GOWAN

### Qualifying Claimant (see Instruction 13)

1. Is Claimant qualified for damages?  ____✓____ Yes  _____ No

If your answer is "Yes," continue to Question 2. If "No," follow the instructions at the end of this Verdict Form.

### Nonpayment of Overtime Wages (see Instructions 14–19, 27)

2. In total, during the limitations period from January 7, 2010 to December 20, 2016, how many hours (if any) in excess of 8 hours per day and up to 12 hours per day; 40 hours per week; and, up to 8 hours on the seventh day of work in one workweek did Claimant work for Defendants in California (Do not double count these hours; enter "0" if the answer is none)?  _____451_____

3. In total, during the limitations period from January 7, 2010 to December 20, 2016, how many hours (if any) in excess of 12 hours per day or in excess of 8 hours on the seventh day of work in a workweek did Claimant work for Defendants in California (enter "0" if the answer is none)?  _____∅_____

4. What amount of unpaid overtime wages plus any pre-judgment interest in total, if any, do you find that Claimant is entitled to recover?  $ 8,957

If your answer to this question is "0", please go to Question 7. Otherwise, proceed to Question 5.

20

**Waiting Time Penalties** (see Instructions 20–22, 27)

5. Did Field Asset Services willfully fail or refuse to pay any wages due to the Claimant at the time they were due? ____✓____ Yes _____ No

6. What amount of waiting time penalties, if any, do you award to the Claimant?

Amount: $ 1,920

**Business Expenses** (see Instructions 23–27)

7. What amount of reasonable and necessary unreimbursed business expenses plus any pre-judgment interest in total, if any, do you award to the Claimant with respect to the expense categories below:

    a.  Insurance:             $ 0

    b.  Tools and Equipment   $ 0

    c.  Cell Phone Charges    $ 3,833

    d.  Dump Fees           $ 0

    e.  Mileage             $ 0

Your deliberations are at an end for this Claimant. Please check your answers carefully to ensure that they are accurate and that you have followed the Court's instructions. The undersigned Presiding Juror affirms that the foregoing reflects the unanimous verdict of the jury. Please proceed to the next Claimant's questions.

Dated:

7/17/2017

Brad Seemm

Presiding Juror

| | |
|---|---|
| FRED BOWERMAN, ET AL., | Case No. 13-cv-00057-WHO |
| Plaintiffs, | **VERDICT FORM** |
| v. | |
| | |
| FIELD ASSET SERVICES, INC., et al., | |
| Defendants. | |

## CLAIMANT MATT COHICK

### Qualifying Claimant (see Instruction 13)

1. Is Claimant qualified for damages?  ✓ Yes  _____ No

If your answer is "Yes," continue to Question 2. If "No," follow the instructions at the end of this Verdict Form.

### Nonpayment of Overtime Wages (see Instructions 14–19, 27)

2. In total, during the limitations period from January 7, 2010 to December 20, 2016, how many hours (if any) in excess of 8 hours per day and up to 12 hours per day; 40 hours per week; and, up to 8 hours on the seventh day of work in one workweek did Claimant work for Defendants in California (Do not double count these hours; enter "0" if the answer is none)?  _____5,280_____

3. In total, during the limitations period from January 7, 2010 to December 20, 2016, how many hours (if any) in excess of 12 hours per day or in excess of 8 hours on the seventh day of work in a workweek did Claimant work for Defendants in California (enter "0" if the answer is none)?  _____528_____

4. What amount of unpaid overtime wages plus any pre-judgment interest in total, if any, do you find that Claimant is entitled to recover?  _____$116,328_____

If your answer to this question is "0", please go to Question 7. Otherwise, proceed to Question 5.

United States District Court
Northern District of California

<div style="writing-mode: vertical">United States District Court
Northern District of California</div>

**Waiting Time Penalties** (see Instructions 20–22, 27)

5. Did Field Asset Services willfully fail or refuse to pay any wages due to the Claimant at the time they were due?  ✓ Yes  _____ No

6. What amount of waiting time penalties, if any, do you award to the Claimant?

   Amount: $ 1,920

**Business Expenses** (see Instructions 23–27)

7. What amount of reasonable and necessary unreimbursed business expenses plus any pre-judgment interest in total, if any, do you award to the Claimant with respect to the expense categories below:

   a. Insurance:  $ 7,614

   b. Tools and Equipment  $ 21,013

   c. Cell Phone Charges  $ 3,350

   d. Dump Fees  $ 106,919

   e. Mileage  $ 116,758

Your deliberations are at an end for this Claimant. Please check your answers carefully to ensure that they are accurate and that you have followed the Court's instructions. The undersigned Presiding Juror affirms that the foregoing reflects the unanimous verdict of the jury. The Presiding Juror should confirm that the jury's verdict for each Claimant is completed as instructed, and notify the Courtroom Deputy or Bailiff.

Dated:

7/17/2017

_Brad Sermon_
Presiding Juror

23