| | |
|---|---|
| 1 | ROBERT G. HULTENG, Bar No. 071293<br>rhulteng@littler.com |
| 2 | AURELIO PEREZ, Bar No. 282135<br>aperez@littlerc.om |
| 3 | JULIE STOCKTON, Bar No.286944<br>jstockton@littler.com |
| 4 | LITTLER MENDELSON, P.C.<br>333 Bush Street |
| 5 | 34th Floor<br>San Francisco, California 94104 |
| 6 | Telephone: 415.433.1940<br>Facsimile: 415.399.8490 |

Attorneys for Defendant
FIELD ASSET SERVICES, INC. and FIELD ASSET SERVICES, LLC

[Additional Counsel Listed On Next Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FRED BOWERMAN and JULIA BOWERMAN, on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FIELD ASSET SERVICES, INC. and FIELD ASSET SERVICES, LLC,<br><br>Defendant. | Case No. 3:13-CV-00057 WHO<br><br>**CLASS ACTION**<br><br>**STIPULATION TO CONTINUE DEADLINES AND HEARING RELATING TO PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND EXPENSES AND BILL OF COSTS; ORDER**<br><br>Complaint Filed: January 7, 2013<br>Trial Date July 5, 2017 |

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

STIPULATION TO CONTINUE MTN FOR FEES

CASE NO. C13-00057 WHO

THOMAS E. DUCKWORTH (SBN 152369)
(tom@dplolaw.com)
DUCKWORTH PETERS LLP
369 Pine Street, Suite 410
San Francisco, CA 94104
Telephone: (415) 433-0333

MONIQUE OLIVIER (SBN 190385)
(monique@osclegal.com)
OLIVIER SCHREIBER & CHAO LLP
201 Filbert Street, Suite 201
San Francisco, CA 94133

JAMES E. MILLER (SBN 262553)
(jmiller@sfmslaw.com)
SHEPHERD, FINKELMAN, MILLER AND SHAH, LLP
65 Main Street
Chester, CT 06412
Telephone: (860) 526-1100
Facsimile: (866) 300-7367

*Attorneys for Plaintiffs and the Certified Class*

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

STIPULATION TO CONTINUE MTN FOR FEES    2.    CASE NO. C13-00057 WHO

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs, FRED BOWERMAN and JULIA MAGDALENO f/k/a BOWERMAN ("Plaintiffs") and Defendants, FIELD ASSET SERVICES, INC. and FIELD ASSET SERVICES, LLC (collectively, "Defendant") (collectively, "Parties"), through their respective counsel of record, as follows:

1. Plaintiffs filed their bill of costs and their motion for attorneys' fees on July 27, 2018;

2. Plaintiffs have filed an Amended Bill of Costs pursuant to the direction of the Court.

3. The Parties are scheduled to attend a further settlement conference with Magistrate Judge Corley on August 14, 2018.

4. The Parties have met and conferred regarding the timing of Defendants' opposition, if any, to Plaintiffs' motion for attorneys' fees and expenses and bill of costs;

IT IS NOW HEREBY STIPULATED AND AGREED that:

1. Defendants will file any opposition to Plaintiffs' motion for attorneys' fees and expenses and any opposition to Plaintiffs' amended bill of costs by August 24, 2018.

2. Plaintiffs will file any reply to Defendants' opposition by September 7, 2018.

3. The hearing on the motion for fees is continued to September 26, 2018 at 2:00 p.m.

IT SO STIPULATED.

Date: August 10, 2018    Respectfully submitted,

OLIVIER SCHREIBER & CHAO LLP

*/s/ Monique Olivier\**
Monique Olivier
*Attorneys for Plaintiffs and the Certified Class*

Date: August 10, 2018

LITTLER MENDELSON, P.C.

*/s/ Aurelio Pérez*
Aurelio Pérez
*Attorneys for Defendants*
FIELD ASSET SERVICES, INC. AND
FIELD ASSET SERVICES, LLC

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

STIPULATION TO CONTINUE MTN FOR FEES    3.    CASE NO. C13-00057 WHO

## SIGNATURE ATTESTATION

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the signatories on this e-filed document.

Date: August 10, 2018

                                     LITTLER MENDELSON, P.C.

                                     */s/ Aurelio Pérez*
                                     Aurelio Pérez
                                     *Attorneys for Defendants*
                                     FIELD ASSET SERVICES, INC. AND
                                     FIELD ASSET SERVICES, LLC

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

STIPULATION TO CONTINUE MTN FOR FEES     4.     CASE NO. C13-00057 WHO

**ORDER**

The deadline for Defendants to file any opposition to Plaintiffs' motion for attorneys' fees and expenses and any opposition to Plaintiffs' amended bill of costs is continued to August 24, 2018. Plaintiffs will file any reply to Defendants' opposition by September 7, 2018. The hearing on the motion for fees is continued to September 26, 2018 at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: August 14, 2018

William H. Orrick
United States District Judge

Firmwide:156471151.1 066383.1035