1   ROBERT G. HULTENG, Bar No. 071293
    rhulteng@littler.com
2   AURELIO PEREZ, Bar No. 282135
    aperez@littlerc.om
3   JULIE STOCKTON, Bar No.286944
    jstockton@littler.com
4   LITTLER MENDELSON, P.C.
    333 Bush Street
5   34th Floor
    San Francisco, California  94104
6   Telephone:   415.433.1940
    Facsimile:   415.399.8490
7
    Attorneys for Defendant
8   FIELD ASSET SERVICES, INC. and FIELD
    ASSET SERVICES, LLC
9
    [Additional Counsel Listed On Next Page]
10

11                  UNITED STATES DISTRICT COURT

12                NORTHERN DISTRICT OF CALIFORNIA

13                   SAN FRANCISCO DIVISION

14

15   FRED BOWERMAN and JULIA            Case No.  3:13-CV-00057 WHO
     BOWERMAN, on behalf of themselves
16   and all others similarly situated,   **CLASS ACTION**

17              Plaintiff,                **STIPULATION TO CONTINUE
                                          DEADLINES OF HEARING RELATING
18        v.                              TO PLAINTIFFS' MOTION FOR
                                          ATTORNEYS' FEES AND EXPENSES
19   FIELD ASSET SERVICES, INC. and       AND BILL OF COSTS;
     FIELD ASSET SERVICES, LLC,           ORDER
20
                Defendant.                Complaint Filed:  January 7, 2013
21                                        Trial Date        July 5, 2017

22

23

24

25

26

27

28

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA  94104
415.433.1940

STIPULATION TO CONTINUE DEADLINE
RE MTN FOR FEES

CASE NO.  C13-00057 WHO

THOMAS E. DUCKWORTH (SBN 152369)
(tom@dplolaw.com)
DUCKWORTH PETERS LLP
369 Pine Street, Suite 410
San Francisco, CA 94104
Telephone: (415) 433-0333

MONIQUE OLIVIER (SBN 190385)
(monique@osclegal.com)
OLIVIER SCHREIBER & CHAO LLP
201 Filbert Street, Suite 201
San Francisco, CA 94133

JAMES E. MILLER (SBN 262553)
(jmiller@sfmslaw.com)
SHEPHERD, FINKELMAN, MILLER AND SHAH, LLP
65 Main Street
Chester, CT 06412
Telephone: (860) 526-1100
Facsimile: (866) 300-7367

*Attorneys for Plaintiffs and the Certified Class*

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

STIPULATION TO CONTINUE MTN FOR FEES

2.

CASE NO. C13-00057 WHO

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs, FRED BOWERMAN and JULIA MAGDALENO f/k/a BOWERMAN ("Plaintiffs") and Defendants, FIELD ASSET SERVICES, INC. and FIELD ASSET SERVICES, LLC (collectively, "Defendant") (collectively, "Parties"), through their respective counsel of record, as follows:

1.      Plaintiffs filed their bill of costs and their motion for attorneys' fees on July 27, 2018;

2.      Plaintiffs have filed an Amended Bill of Costs pursuant to the direction of the Court (collectively, the Motions).

3.      The Parties attended a further settlement conference with Magistrate Judge Corley on August 14, 2018.

4.      The Parties have met and conferred regarding further information that Defendants have requested in order to oppose Plaintiffs' Motions.  Without agreeing to the relevance of any of the requested information, Plaintiffs have agreed to provide Defendants with further information on August 24, 2018.

IT IS NOW HEREBY STIPULATED AND AGREED that:

1.      Defendants will file any opposition to Plaintiffs' motion for attorneys' fees and expenses and any opposition to Plaintiffs' amended bill of costs by Wednesday, August 29, 2018.

2.      Plaintiffs will file any reply to Defendants' opposition by September 12, 2018.

3.      The hearing on the motion for fees shall remain on calendar for September 26, 2018 at 2:00 p.m.

IT SO STIPULATED.

Date:   August 24, 2018                              Respectfully submitted,

                                                     OLIVIER SCHREIBER & CHAO LLP
                                                     */s/ Monique Olivier*
                                                     Monique Olivier
                                                     *Attorneys for Plaintiffs and the Certified Class*
Date:   August 24, 2018


                                                     LITTLER MENDELSON, P.C.
                                                     */s/ Aurelio Pérez*
                                                     Aurelio Pérez
                                                     *Attorneys for Defendants*
                                                     FIELD ASSET SERVICES, INC. AND
                                                     FIELD ASSET SERVICES, LLC

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA  94104
415.433.1940

STIPULATION TO CONTINUE MTN FOR FEES                    3.                    CASE NO.  C13-00057 WHO

**SIGNATURE ATTESTATION**

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the signatories on this e-filed document.

Date:   August 24, 2018

LITTLER MENDELSON, P.C.

*/s/ Aurelio Pérez*
Aurelio Pérez
*Attorneys for Defendants*
FIELD ASSET SERVICES, INC. AND
FIELD ASSET SERVICES, LLC

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

STIPULATION TO CONTINUE MTN FOR FEES

4.

CASE NO.  C13-00057 WHO

**ORDER**

The deadline for Defendants to file any opposition to Plaintiffs' motion for attorneys' fees and expenses and any opposition to Plaintiffs' amended bill of costs is continued to August 29, 2018. Plaintiffs will file any reply to Defendants' opposition by September 19, 2018. The hearing on the motion for fees remains on calendar for September 26, 2018 at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: August 28, 2018

William H. Orrick
United States District Judge

Firmwide:156689848.1 066383.1035

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

STIPULATION TO CONTINUE MTN FOR FEES

5.

CASE NO. C13-00057 WHO