Robert G. Hulteng, Bar No. 071293
rhulteng@littler.com
Courtney Chambers, Bar No. 312011
CChambers@littler.com
LITTLER MENDELSON P.C.
333 Bush Street
34th Floor
San Francisco, California 94104
Telephone:    415.433.1940
Fax No.:       415.399.8490

Attorneys for Defendants
Field Asset Services, Inc. and Field Asset Services, LLC
n/k/a Xome Field Services, LLC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED BOWERMAN and JULIA BOWERMAN, on behalf of themselves and all others similarly situated,<br><br><div align="center">Plaintiff,</div><br>v.<br><br>Field Asset Services, Inc. and Field Asset Services, LLC n/k/a Xome Field Services, LLC,<br><br><div align="center">Defendant.</div> | Case No. C13-00057-WHO<br><br>**ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION FOR REDESIGNATION OR, IN THE ALTERNATIVE, LEAVE TO EXTEND THE RESPONSE TIME** |

[~~PROPOSED~~] ORDER                                        C13-00057-WHO

1

**ORDER**

2          This matter comes before the Court on Defendants' Administrative Motion for

3   Redesignation or, in the Alternative, Leave To Extend The Response Time pursuant to Civil Local

4   Rule 7-11.  Upon consideration of the motion, the papers submitted in support and in opposition

5   thereto, and good cause appearing, the Motion is GRANTED as follows:

6          1.  Defendants' opposition to Plaintiffs' Administrative Motion for Order Tolling Statute of

7              Limitations, Fixing Date for End of Tolling Period, and Modifying Notice is due on or

8              before March 20, 2023.

9          2.  Any reply from the plaintiffs is due March 24, 2023.

10         3.  I will hold a hearing on this matter on April 5, 2023, at 2:00 p.m. via Zoom

11             videoconference.

12

13         **IT IS SO ORDERED**.

14
    DATED: March 14, 2023
15

16                                                    _____
                                                      HONORABLE WILLIAM H. ORRICK
17                                                         United States District Judge

18

19

20

21

22

23

24

25

26

27

28