MONIQUE OLIVIER (SBN 190385)
CHRISTIAN SCHREIBER (SBN 245597)
(monique@os-legal.com)
(christian@os-legal.com)
OLIVIER & SCHREIBER LLP
475 14th Street, Suite 250
Oakland, CA 94612
Telephone: (415) 484-0980

CASEY T. YAMASAKI (SBN 335445)
ctyamasaki@millershah.com
MILLER SHAH LLP
1230 Columbia Street, Ste. 1140
San Diego, CA 92101
Telephone: (866) 540-5505
Facsimile: (866) 300-7367

*Attorneys for Plaintiffs*
*Additional Counsel Listed on Next Page*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

---

| | |
|---|---|
| FRED BOWERMAN and JULIA BOWERMAN, on behalf of themselves and all others similarly situated,<br><br>　　　　　Plaintiffs,<br>　v.<br><br>FIELD ASSET SERVICES, INC. and FIELD ASSET SERVICES, LLC, n/k/a Xome Field Services LLC,<br><br>　　　　　Defendants.<br><br>*And Related Cases* | Case No. 13-cv-00057-WHO<br><br>**STIPULATION REGARDING CASE MANAGEMENT AND PRETRIAL DEADLINES; [PROPOSED] ORDER** |

1
2  JAMES E. MILLER (SBN 262553)
   (jemiller@millershah.com)
3  MILLER SHAH LLP
   65 Main Street
4  Chester, CT 06412
5  Telephone: (860) 526-1100

6  THOMAS E. DUCKWORTH (SBN 152369)
   (tom@duckworthpeters.com)
7  DUCKWORTH PETERS LLP
   369 Pine Street, Suite 410
8  San Francisco, CA 94104
9  Telephone: (415) 433-0333

10
   *Attorneys for Plaintiffs*
11 ROBERT G. HULTENG (SBN 071293)
   (rhulteng@littler.com)
12 LITTLER MENDELSON, P.C.
   333 Bush Street, 34th Floor
13 San Francisco, CA 94104
14 Telephone: (415) 433-1940

15
   *Attorney for Defendants*
16 *FIELD ASSET SERVICES, INC. and*
   *FIELD ASSET SERVICES, LLC*
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION RE CASE MANAGEMENT AND PRETRIAL DEADLINES; [PROPOSED] ORDER
CASE NO. 13-cv-00057-WHO

Plaintiffs Fred Bowerman and Julia Magdaleno f/k/a Bowerman and Plaintiffs in all cases related to this action ("Related Cases") by order of this Court (collectively, "Plaintiffs"), and Defendants Field Asset Services, Inc. Field Asset Services, LLC n/k/a Xome Field Services, LLC, and Cyprexx LLC ("FAS" or "Defendants") (collectively, the "Parties") hereby agree to the following, subject to the Court's approval:

**1. COORDINATED DISCOVERY PROCEEDINGS**

The Parties agree to coordinate and consolidate future discovery in this action and all Related Cases, and any other cases that are in the future ordered related to this action, as follows:

a. The Parties agree that all information, discovery responses, documents and testimony previously produced in this action through discovery or trial may be used in this and all Related Cases, subject to all valid objections.

b. The Parties agree to abide by General Order 71 for initial discovery protocols and agree to exchange all relevant additional information and documents (not already produced in this action) concerning the allegations made by Plaintiffs in the Related Cases by August 18, 2023. The Parties agree that the categories of documents and information required to be exchanged in General Order 71 shall apply only to the extent applicable to wage and hour matters.

**2. PRETRIAL SCHEDULE**

a. <u>Group 1:</u>

| Date | Action |
| --- | --- |
| October 2, 2023 | Joint or competing proposals for which of the Related Cases will be assigned to Group 1 |
| November 15, 2023 | Deadline to file dispositive motions for Group 1 cases |
| January 10, 2023 | Hearing on dispositive motions |
| January 29, 2024 | Pretrial Conference |
| February 20, 2024 | Trial |

1

b. **Group 2:**

| Date | Action |
|---|---|
| December 11, 2023 | Joint or competing proposals for which of the Related Cases will be assigned to Group 2 |
| January 24, 2024 | Deadline to file dispositive motions for Group 2 cases |
| March 13, 2024 | Hearing on dispositive motions |
| April 1, 2024 | Pretrial Conference |
| April 22, 2024 | Trial |

c. **Group 3:**

| Date | Action |
|---|---|
| February 26, 2024 | Joint or competing proposals for which of the Related Cases will be assigned to Group 3 |
| April 3, 2024 | Deadline to file dispositive motions for Group 3 cases |
| May 29, 2024 | Hearing on dispositive motions |
| June 17, 2024 | Pretrial Conference |
| July 8, 2024 | Trial |

d. **Group 4**

| Date | Action |
|---|---|
| May 20, 2024 | Joint or competing proposals for which of the Related Cases will be assigned to Group 4 |
| July 3, 2024 | Deadline to file dispositive motions for Group 4 cases. |
| August 28, 2024 | Hearing on dispositive motions |
| September 16, 2024 | Pretrial Conference |
| October 7, 2024 | Trial |

e. **Group 5**

| Date | Action |
|---|---|
| August 28, 2024 | Deadline to file dispositive motions for Group 5 cases. |
| October 16, 2024 | Hearing on dispositive motions |
| November 11, 2024 | Pretrial Conference |
| December 2, 2024 | Trial |

Dated: July 19, 2023

Respectfully submitted,
OLIVER & SCHREIBER LLP
DUCKWORTH PETERS LLP
MILLER SHAH LLP
*/s/ Monique Olivier\**
Monique Olivier

*Attorneys for Plaintiffs*

Dated: July 19, 2023

LITTLER MENDELSON, P.C.
*/s/ Robert G. Hulteng*
Robert G. Hulteng

*Attorney for Defendants*

*I, Monique Olivier, hereby certify under the Northern District Local Rules that Robert G. Hulteng has concurred in this filing.

# [~~PROPOSED~~] ORDER

The schedule for case management and pretrial deadlines is as follows:

a. **Group 1:**

| Date | Action |
|---|---|
| October 2, 2023 | Joint or competing proposals for which of the Related Cases will be assigned to Group 1 |
| November 15, 2023 | Deadline to file dispositive motions for Group 1 cases |
| January 10, 2024 | Hearing on dispositive motions |
| January 29, 2024 | Pretrial Conference |
| February 20, 2024 | Trial |

b. **Group 2:**

| Date | Action |
|---|---|
| December 11, 2023 | Joint or competing proposals for which of the Related Cases will be assigned to Group 2 |
| January 24, 2024 | Deadline to file dispositive motions for Group 2 cases |
| March 13, 2024 | Hearing on dispositive motions |
| April 1, 2024 | Pretrial Conference |
| April 22, 2024 | Trial |

c. **Group 3:**

| Date | Action |
|---|---|
| February 26, 2024 | Joint or competing proposals for which of the Related Cases will be assigned to Group 3 |
| April 3, 2024 | Deadline to file dispositive motions for Group 3 cases |
| May 29, 2024 | Hearing on dispositive motions |
| June 17, 2024 | Pretrial Conference |
| July 8, 2024 | Trial |

d. **Group 4**

| Date | Action |
|---|---|
| May 20, 2024 | Joint or competing proposals for which of the Related Cases will be assigned to Group 4 |
| July 3, 2024 | Deadline to file dispositive motions for Group 4 cases. |
| August 28, 2024 | Hearing on dispositive motions |
| September 16, 2024 | Pretrial Conference |
| October 7, 2024 | Trial |

e. **Group 5**

| Date | Action |
|---|---|
| August 28, 2024 | Deadline to file dispositive motions for Group 5 cases. |
| October 16, 2024 | Hearing on dispositive motions |
| November 18, 2024 * | Pretrial Conference |
| December 2, 2024 | Trial |

**IT IS SO ORDERED.**

Dated: July 20, 2023

_____
William H. Orrick
United States District Judge

*Modified to avoid the Veteran's Day holiday