Robert G. Hulteng, Bar No. 071293
rhulteng@littler.com
Damon M. Ott, Bar No. 215392
dott@littler.com
Courtney Chambers, Bar No. 312011
cchambers@littler.com
Shane Young, Bar No. 313853
shyoung@littler.com
Alvin Arceo, Bar No. 342387
aarceo@littler.com
LITTLER MENDELSON, P.C.
101 Second Street
101 Second
San Francisco, California  94105
Telephone:    415.433.1940
Fax No.:        415.399.8490

Attorneys for Defendants
CYPREXX SERVICES, LLC, FIELD ASSET SERVICES, INC. AND FIELD ASSET SERVICES, LLC N/K/A XOME FIELD SERVICES, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Field Asset Services, Inc., et al. | Case No. 3:13-cv-00057-WHO |
| This Document Relates To:<br><br>Ron Terry, Case No. 4:23-cv-01905;<br>Gregory Armstrong, Case No. 3:23-cv-01837;<br>Tim Miller, Case No. 3:23-cv-01342;<br>Darin Bush, Case No. 3:23-cv-01321;<br>Matthew Cohick, Case No. 3:23-cv-01154;<br>Rebecca Mladinich and Rick Mladinich, Case No. 4:23-cv-02728;<br>Sam Cherrin, Case No. 3:23-cv-01525 | **DEFENDANTS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, SUMMARY ADJUDICATION**<br><br>Date:     January 10, 2024<br>Time:    2:00 p.m.<br>Dept.:    2 |

LITTLER MENDELSON, P.C.
101 Second Street
Suite 1000
San Francisco, CA 94104
415.433.1940

DEFENDANTS' NOTICE OF MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, SUMMARY ADJUDICATION

CASE NO. 3:13-CV-00057-WHO

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on January 10, 2024 at 2:00 p.m. Defendants CYPREXX SERVICES, LLC, FIELD ASSET SERVICES, INC. AND FIELD ASSET SERVICES, LLC N/K/A XOME FIELD SERVICES, LLC ("Defendants") will and hereby do move the Court for summary judgment or, alternatively, summary adjudication on all causes of actions alleged by Plaintiffs Ron Terry, Gregory Armstrong, Tim Miller, Darin Bush, Matthew Cohick, Rebecca and Rick Mladinich, and Sam Cherrin pursuant to FRCP 56. This motion is made on the grounds that Plaintiffs Ron Terry, Gregory Armstrong, Tim Miller and Darin Bush are judicially estopped from pursing their claims because they failed to list their claims against Defendants in their respective bankruptcy proceedings. Defendants additionally move against Plaintiffs Darin Bush, Matthew Cohick, Rebecca and Rick Mladinich and Sam Cherrin because Plaintiffs were employees of their own corporations, have not alleged Defendants were joint employers, and therefore cannot legally maintain independent contractor misclassification claims against Defendants. Accordingly, Defendants are therefore entitled to summary judgment, or summary adjudication, as a matter of law against these Plaintiffs.

This motion is based upon this Notice of Motion, the accompanying Memorandum of Points and Authorities, supporting declarations submitted herewith, the Request for Judicial Notice, the pleadings and papers on file in this matter, and any oral argument as permitted by the Court.

Dated: November 27, 2023

LITTLER MENDELSON, P.C.

*/s/ Robert G. Hulteng*
Robert G. Hulteng
Damon M. Ott
Courtney Chambers
Shane Young
Alvin Arceo

Attorneys for Defendants
Cyprexx Services, LLC, Field Asset Services, Inc. and Field Asset Services, LLC n/k/a Xome Field Services, LLC

4863-0016-1421.1 / 066383-1256

LITTLER MENDELSON, P.C.
101 Second Street
Suite 1000
San Francisco, CA
94104

DEFENDANTS' NOTICE OF MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, SUMMARY ADJUDICATION

2

CASE NO. 3:13-CV-00057-WHO