UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED BOWERMAN, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>FIELD ASSET SERVICES, INC., et al.,<br><br>    Defendants. | Case No. 3:13-cv-00057-WHO<br><br>**ORDER ON STIPULATION TO CHANGE PRETRIAL DEADLINES**<br><br>Re: Dkt. No. 678 |

The parties filed a stipulation to extend the pretrial deadlines for the Group 1 and Group 2 trials. [Dkt. No. 678]. The stipulation is GRANTED with the following adjustments.

**For the Group 1 trial:**

Exchange papers and motions in limine by January 12, 2024.

Meet and confer by January 19, 2024.

Joint pretrial conference statement and motions in limine to be filed by January 26, 2024.

Oppositions to motions in limine to be filed by February 2, 2024.

The pretrial conference will be held on February 9, 2024, at 9:30 a.m.

The trial will begin on February 20, 2024.

**For the Group 2 trial:**

Dispositive motions to be filed by February 7, 2024. Oppositions to be filed by February 21, 2024. Replies to be filed by February 28, 2024. Dispositive motions will be heard on March 27, 2024.

The pretrial conference will be heard on April 19, 2024, at 9:30 a.m.

The trial will begin on April 29, 2024.

**IT IS SO ORDERED.**

Dated: December 27, 2023

_____
William H. Orrick
United States District Judge