UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED BOWERMAN, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>FIELD ASSET SERVICES, INC., et al.,<br><br>    Defendants. | Case No. 3:13-cv-00057-WHO<br><br>**ORDER FOR SUPPLEMENTAL BRIEFING** |

At the hearing on the cross motions for summary judgment, in response to my tentative finding that I may deem the plaintiffs' complaint amended to bring joint employment claims, the defendants argued that they would be prejudiced by such an amendment because they have not been able to seek discovery related to specific issues. The defendants are hereby ORDERED to provide a brief of no more than three pages that outlines the specific discovery requests they would seek to avoid such prejudice and that explains why they have not been able to seek such information, despite their knowledge for the past ten years that at least some formerly putative class members, now individual plaintiffs, had corporate entities that appeared to employ other individuals.

Additionally, at the hearing the parties recognized that they failed to brief whether the ABC test or *Borello* applies to the waiting time claims. They are now ORDERED to brief which test applies to these claims, with respect to the plaintiffs whose overtime claims are subject to the ABC test as a matter of law, as outlined in the tentative order. [Dkt. No. 683].

The defendants shall file their brief regarding discovery by Tuesday, January 16 at 5:00 p.m. The plaintiffs may respond by providing the requested discovery or by filing a response of no more than three pages by Friday, January 19 at 5:00 p.m.

1   The parties shall file concurrent briefs of no more than three pages on the waiting time

2   issue by Wednesday, January 17 at 5:00 p.m.

4   **IT IS SO ORDERED.**

5   Dated: January 11, 2024



William H. Orrick
United States District Judge