Monique Olivier (SBN 190385)
monique@os-legal.com
Christian Schreiber (SBN 245597)
christian@os-legal.com
**OLIVIER & SCHREIBER LLP**
475 14th Street, Suite 250
Oakland, CA 94612
Telephone: (415) 484-0980

Sydney D. Finlay (SBN 343577)
sdfinlay@millershah.com
**MILLER SHAH LLP**
1230 Columbia Street, Ste. 1140
San Diego, CA 92101
Telephone: (866) 540-5505

*Attorneys for Plaintiffs*

[Additional Counsel on Signature Page]

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re Field Asset Services, Inc., et al.* <br><br> This Document Relates to: <br><br> *Jake Bess,* Case No. 3:23-cv-01147-WHO; *Kenneth Freeborn,* Case No. 3:23-cv-01152-WHO*; Janeen Frost,* Case No. 3:23-cv-01153-WHO*; Robert Gonzalez,* Case No. 3:23-cv-01179-WHO*; Kim Miller,* Case No, 3:23-cv-01175-WHO; *Joy Rosiak,* Case No. 3:23-cv-01479-WHO; *Mike Seko,* Case No. 3:23-cv-01112-WHO | Case No. 3:13-cv-00057-WHO <br><br> **JOINT ADMINISTRATIVE MOTION FOR RELIEF FROM LATE FILING PURSUANT TO CIVIL LOCAL RULE 7-11; [~~PROPOSED~~] ORDER** |

Pursuant to Civil Local Rule 7-11 and 79-5(c), Plaintiffs Jake Bess, Kenneth Freeborn, Janeen Frost, Robert Gonzalez, Kim Miller, Joy Rosiak, and Mike Seko ("Plaintiffs") respectfully submit the following Motion for Relief from the late filing of their Motion for Partial Summary Judgment, ECF 707.  Plaintiffs file this request with no opposition from Defendants Field Asset Services, Inc., Field Asset Services, LLC, n/k/a Xome Field Services LLC, and Cyprexx Services, LLC ("Defendants").

On January 25, 2023, Plaintiffs and Defendants filed a joint stipulation to continue the deadlines for the parties' cross-motions for summary judgment, proposing the deadlines for the motions as February 16, 2024, March 1, 2024 for the oppositions, March 8, 2024 for the reply briefs, with the hearing as originally set for March 27, 2024.  ECF 695.  The same day, which was also the day the parties were attending a settlement conference with the Honorable Joseph C. Spero, the Court signed the proposed order.  ECF 697.  The order modified the deadlines so that the motions were due two days earlier on February 14, 2024, oppositions are due on February 28, 2024, and replies are due on March 6, 2024.  *Id.*  Defendants filed their motion on February 15, 2024 at 6:09 a.m.  ECF 705.  Plaintiffs filed their motion on February 16, 2024 at 4:59 p.m.  ECF 707.

The parties' late filings were due to their inadvertence in not recognizing that the Court, in signing the order approving the stipulation, had modified the deadlines.  The parties, who do not object to each others' late filings, request that the Court permit the late filings.  To get the schedule back on track, the parties propose the following, subject to the approval of the Court: Defendants' motion will be deemed timely filed, and Plaintiffs will file their opposition as scheduled on February 28, 2024.  Plaintiffs' motion will be deemed timely filed, and Defendants will file their opposition on March 1, 2024.  Both parties will file their reply briefs as schedule on March 6, 2024.  The hearing date will remain on calendar for March 27, 2024, three weeks after the reply briefs are filed.

Plaintiffs apologize to the Court for their neglect in not recognizing that the Court had modified the deadlines when approving the earlier-filed stipulation.

Dated: February 20, 2024              Respectfully submitted,

OLIVIER & SCHREIBER LLP

MILLER SHAH LLP

By: /s/ *Christian Schreiber*
      Christian Schreiber

James E. Miller (SBN 262553)
jemiller@millershah.com
**MILLER SHAH LLP**
65 Main Street
Chester, CT 06412
Telephone: (860) 526-1100

Anna K. D'Agostino (*admitted PHV*)
akdagostino@millershah.com
**MILLER SHAH LLP**
225 Broadway, Suite 1830
New York, NY 10007
Telephone: (877) 540-5505

John C. Roberts (*admitted PHV*)
jcroberts@millershah.com
**MILLER SHAH LLP**
1845 Walnut Street, Suite 806
Philadelphia, PA 19103
Telephone: (877) 540-5505

*Attorneys for Plaintiffs*

Dated: February 20, 2024              LITTLER MENDELSON, P.C.

By: /s/ *Robert G. Hulteng*
      Robert G. Hulteng

*Attorneys for Defendants*

**[~~PROPOSED~~] ORDER**

Pursuant to the agreement of the parties and good cause appearing, the parties' motions for summary judgment, ECF 705 and 707, are deemed timely filed. Defendants' deadline to oppose Plaintiffs' motion is continued to March 1, 2024. In all other respects, the Court's schedule remains the same.

DATED: February 20, 2024

_____
William H. Orrick
U.S. District Court Judge