ROBERT G. HULTENG, Bar No. 071293
rhulteng@littler.com
DAMON M. OTT, Bar No. 215392
dott@littler.com
JOSHUA J. CLIFFE, Bar No. 215390
jcliffe@littler.com
COURTNEY CHAMBERS, Bar No. 312011
cchambers@littler.com
BLAIR C. SENESI, Bar No. 313580
bsenesi@littler.com
SHANE YOUNG, Bar No. 313853
shyoung@littler.com
ALVIN ARCEO, Bar No. 342387
aarceo@littler.com
LITTLER MENDELSON, P.C.
101 Second Street, Suite 1000
San Francisco, California 94105
Telephone:   415.433.1940
Fax No.:     415.399.8490

Attorneys for Defendants

CYPREXX SERVICES, LLC, FIELD ASSET
SERVICES, INC. AND FIELD ASSET SERVICES, LLC
N/K/A XOME FIELD SERVICES, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Field Asset Services, Inc., et al.<br><br>This Document Relates To:<br>All Consolidated Actions under<br>Case No. 3:13-cv-000570-WHO | Case No. 3:13-cv-00057-WHO<br><br>**STIPULATION AND ORDER TO EXTEND TRIAL GROUP 4 AND 5 DISPOSITIVE MOTION AND PRETRIAL DEADLINES** |

STIPULATION AND [PROPOSED] ORDER TO EXTEND TRIAL GROUP 4 AND 5 DISPOSTIVE MOTION AND PRETRIAL DEADLINES

1

CASE NO. 3:13-CV-00057-WHO

LITTLER MENDELSON, P.C.
101 Second Street
Suite 1000
San Francisco, CA 94104
415.433.1940

1  Plaintiffs FRED BOWERMAN and JULIA MAGDALENO f/k/a BOWERMAN, and Plaintiffs in all cases related to this action ("Related Cases") by order of this Court (collectively, "Plaintiffs") and Defendants CYPREXX SERVICES, LLC, FIELD ASSET SERVICES, INC. AND FIELD ASSET SERVICES, LLC N/K/A XOME FIELD SERVICES, LLC ("Defendants") (together, the "Parties"), by and through their respective counsel, herby stipulate and request that the Court enter and Order as follows:

WHEREAS, on July 20, 2023, the Court issued an Order setting a schedule for case management and pretrial deadlines for the Related Cases (Dkt. 550);

WHEREAS, in the July 20, 2023 Order, the Court set the deadlines for the Parties to file dispositive motions and pretrial schedule for Plaintiffs assigned to their respective Trial Groups;

WHEREAS, in the July 20, 2023 Order, the Court set the deadline for the Parties to file dispositive motions for Plaintiffs assigned to the Trial Groups 4 as July 3, 2024, the hearing on any such motions as August 28, 2024, and the hearing for the Pretrial Conference as September 6, 2024;

WHEREAS, in the July 20, 2023 Order, the Court set the deadline for the Parties to file dispositive motions for Plaintiffs assigned to the Trial Groups 5 as August 28, 2024, the hearing on any such motions as August 28, 2024, and the hearing for the Pretrial Conference as October 2, 2024;

WHEREAS, on May 16, 2024, the Parties have met and conferred regarding discovery, pre-trial deadlines, and the Settlement Conferences with Magistrate Judge Spero to be held;

WHEREAS, in effort to resolve these matters without unnecessary motion practice, the Parties have agreed, and now request the following changes to the scheduled deadlines and hearings:

1. The deadline to file dispositive motions for Plaintiffs assigned to Trial Group 4 should be extended to July 24, 2024, with Oppositions to be filed August 7, 2024, and Replies to be filed by August 14, 2024;

2. The hearing date for Trial Group 4 dispositive motions should be extended to August 28, 2024;

3. The hearing date for Trial Group 4 Pretrial Conference should be extended to September 13, 2024; and

LITTLER MENDELSON, P.C.
101 Second Street
Suite 1000
San Francisco, CA 94104
415.433.1940

STIPULATION AND [PROPOSED] ORDER TO EXTEND TRIAL GROUP 4 AND 5 DISPOSTIVE MOTION AND PRETRIAL DEADLINES

2

CASE NO. 3:13-CV-00057-WHO

4. The deadline to file dispositive motions for Plaintiffs assigned to Trial Group 5 should be extended to September 11, 2024, with Oppositions to be filed September 25, 2024, and Replies to be filed by October 2, 2024. The Parties do not currently request a change of the hearing date for any such motion.

5. Below is a summary of the existing and proposed updated deadlines.

| Event | Existing Deadline | New Deadline |
|---|---|---|
| Group 4 Dispositive Motion Deadline | July 3, 2024 | July 24, 2024 |
| Group 4 Dispositive Motion Opposition Deadline | July 17, 2024 | August 7, 2024 |
| Group 4 Dispositive Motion Replies Deadline | July 24, 2024 | August 14, 2024 |
| Group 4 Dispositive Motion Hearing | August 14, 2024 | August 28, 2024 |
| Group 5 Dispositive Motion Deadline | August 28, 2024 | September 11, 2024 |
| Group 4 Pretrial Conference | September 6, 2024 | September 13, 2024 |
| Group 5 Dispositive Motion Opposition Deadline | September 11, 2024 | September 25, 2024 |
| Group 5 Dispositive Motion Replies Deadline | September 18, 2024 | October 2, 2024 |
| Group 4 Trial | October 7, 2024 | No change |
| Group 5 Dispositive Motion Hearing | October 16, 2024 | No change |
| Group 5 Pretrial Conference | November 18, 2024 | No change |
| Group 5 Trial | December 2, 2024 | No change |

**NOW THEREFORE**, and for all the foregoing reasons, the Parties by and through their undersigned counsel hereby stipulate, agree, and respectfully request the Court to enter an Order as follows:

1. The deadline to file dispositive motions for Plaintiffs assigned to Trial Group 4 shall be extended to July 24, 2024. Oppositions shall be filed by August 7, 2024. Replies shall be filed by August 14, 2024;

2. The hearing date for Trial Group 4 dispositive motions shall be extended to August 28, 2024;

3. The hearing date for Trial Group 4 Pretrial Conference shall be extended to September 13, 2024; and

STIPULATION AND [PROPOSED] ORDER TO EXTEND TRIAL GROUP 4 AND 5 DISPOSTIVE MOTION AND PRETRIAL DEADLINES

3

CASE NO. 3:13-CV-00057-WHO

LITTLER MENDELSON, P.C.
101 Second Street
Suite 1000
San Francisco, CA 94104
415.433.1940

4. The deadline to file dispositive motions for Plaintiffs assigned to Trial Group 5 shall be extended to September 11, 2024. Opposition shall be filed September 25, 2024. Replies shall be filed by October 2, 2024.

**IT IS SO STIPULATED.**

Dated: June 14, 2024

LITTLER MENDELSON, P.C.

*/s/ Robert G. Hulteng*
Robert G. Hulteng
Damon M. Ott
Joshua J. Cliffe
Courtney Chambers
Blair C. Senesi
Shane Young
Alvin Arceo

Attorneys for Defendants

Dated: June 14 , 2024

OLIVIER & SCHREIBER LLP
MILLER SHAH LLP

*/s/ Monique Olivier*
Monique Olivier

Attorneys for Plaintiffs

STIPULATION AND [PROPOSED] ORDER TO EXTEND TRIAL GROUP 4 AND 5 DISPOSTIVE MOTION AND PRETRIAL DEADLINES

4

CASE NO. 3:13-CV-00057-WHO

LITTLER MENDELSON, P.C.
101 Second Street
Suite 1000
San Francisco, CA
94104
415.433.1940

## FILER'S ATTESTATION

I hereby attest that all signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: June 14, 2024

                                             */s/ Robert G. Hulteng*
                                             ROBERT G. HULTENG

STIPULATION AND [PROPOSED] ORDER TO EXTEND TRIAL GROUP 4 AND 5 DISPOSTIVE MOTION AND PRETRIAL DEADLINES — 5 — CASE NO. 3:13-CV-00057-WHO

LITTLER MENDELSON, P.C.
101 Second Street
Suite 1000
San Francisco, CA 94104
415.433.1940

**ORDER**

In light of the Stipulation To Extend Trial Group 4 and 5 Dispositive Motion DEADLINES, and good cause appearing therefore, IT IS HEREBY ORDERED AS FOLLOWS:

The Parties' Joint Stipulation is GRANTED. The Trial Group 4 and 5 deadlines are as follows:

1. The deadline to file dispositive motions for Plaintiffs assigned to Trial Group 4 shall be extended to July 24, 2024. Oppositions shall be filed by August 7, 2024. Replies shall be filed by August 14, 2024;

2. The hearing date for Trial Group 4 dispositive motions shall be extended to August 28, 2024;

3. The hearing date for Trial Group 4 Pretrial Conference shall be extended to September 13, 2024; and

4. The deadline to file dispositive motions for Plaintiffs assigned to Trial Group 5 shall be extended to September 11, 2024. Oppositions shall be filed by September 25, 2024. Replies shall be filed by October 2, 2024.

| Event | Existing Deadline | New Deadline |
| --- | --- | --- |
| Group 4 Dispositive Motion Deadline | July 3, 2024 | July 24, 2024 |
| Group 4 Dispositive Motion Opposition Deadline | July 17, 2024 | August 7, 2024 |
| Group 4 Dispositive Motion Replies Deadline | July 24, 2024 | August 14, 2024 |
| Group 4 Dispositive Motion Hearing | August 14, 2024 | August 28, 2024 |
| Group 5 Dispositive Motion Deadline | August 28, 2024 | September 11, 2024 |
| Group 4 Pretrial Conference | September 6, 2024 | September 13, 2024 |
| Group 5 Dispositive Motion Opposition Deadline | September 11, 2024 | September 25, 2024 |
| Group 5 Dispositive Motion Replies Deadline | September 18, 2024 | October 2, 2024 |
| Group 4 Trial | October 7, 2024 | No change |
| Group 5 Dispositive Motion Hearing | October 16, 2024 | No change |
| Group 5 Pretrial Conference | November 18, 2024 | No change |
| Group 5 Trial | December 2, 2024 | No change |

LITTLER MENDELSON, P.C.
101 Second Street
Suite 1000
San Francisco, CA
94104
415.433.1940

STIPULATION AND [PROPOSED] ORDER TO EXTEND TRIAL GROUP 4 AND 5 DISPOSTIVE MOTION AND PRETRIAL DEADLINES

6

CASE NO. 3:13-CV-00057-WHO

**IT IS SO ORDERED.**

Dated: June 14, 2024

_____
HONORABLE WILLIAM H. ORRICK
Judge of the United States District Court
Northern District of California

4880-4930-8351.2 / 066383-1256

LITTLER MENDELSON, P.C.
101 Second Street
Suite 1000
San Francisco, CA
94104
415.433.1940

STIPULATION AND [PROPOSED] ORDER TO EXTEND TRIAL GROUP 4 AND 5 DISPOSTIVE MOTION AND PRETRIAL DEADLINES

7

CASE NO. 3:13-CV-00057-WHO